**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ROSELIA GONZALEZ, *et al.*** **PLAINTIFFS**

**v.** **Case No. 4:26-cv-00473-KGB**

**UNITI SERVICES, LLC d/b/a Kinetic** **DEFENDANT**

# ORDER

Before the Court is defendant Uniti Services, LLC d/b/a Kinetic's ("Uniti") unopposed motion for extension of time to file responsive pleading (Dkt. No. 4). Plaintiffs filed their complaint on May 8, 2026 (Dkt. No. 1). Uniti requests an order extending its deadline to file a responsive pleading to the complaint to June 26, 2026 (Dkt. No. 4, ¶ 4). Uniti represents that plaintiffs do not oppose the extension (*Id.*, ¶¶ 3–4). For good cause shown, the Court grants Uniti's unopposed motion for extension of time to file responsive pleading to, and including, June 26, 2026.

It is so ordered this 19th day of May, 2026.

Kristine G. Baker
Kristine G. Baker
Chief United States District Judge