**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ROSELIA GONZALEZ, *et al.*** **PLAINTIFFS**

**v.** **Case No. 4:26-cv-00473-KGB**

**UNITI SERVICES, LLC d/b/a Kinetic** **DEFENDANT**

**ORDER**

Before the Court is defendant Uniti Services, LLC d/b/a Kinetic's ("Uniti") unopposed motion for extension of time to file responsive pleading (Dkt. No. 6). On May 19, 2026, the Court granted Uniti's first unopposed motion for extension of time to file responsive pleading (Dkt. No. 5). Uniti requests an order extending its deadline to file a responsive pleading to the complaint to July 17, 2026 (Dkt. No. 6, ¶ 4). Uniti represents that plaintiffs do not oppose the extension (*Id.*, ¶¶ 3–4). For good cause shown, the Court grants Uniti's unopposed motion for extension of time to file responsive pleading (Dkt. No. 6). The Court extends Uniti's time to file a responsive pleading to, and including, July 17, 2026.

It is so ordered this 22nd day of June, 2026.

Kristine G. Baker

Kristine G. Baker
Chief United States District Judge