**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ROSELIA GONZALEZ; JOSH BROTHEIM; NATHANIEL GRIFFIN; DEBBIE PADGETT; MICHELLE COX; and MILTON KING, On Behalf of Themselves and All Others Similarly Situated** **PLAINTIFFS**

**v.** **CASE NO. 4:26-cv-473-KGB**

**UNITI SERVICES, LLC d/b/a KINETIC** **DEFENDANT**

**UNITI SERVICES, LLC'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**

Defendant Uniti Services, LLC d/b/a Kinetic ("Kinetic"), by and through its attorneys, for its Motion to Compel Arbitration and Stay Proceedings, states the following:

1. Plaintiffs filed a putative class action against Kinetic asserting claims for (i) violation of the Federal Wiretap Act; (ii) invasion of privacy; and (iii) unjust enrichment.

2. Plaintiffs are Kinetic customers who reside in Georgia, and their claims arise from their use of Kinetic's website in furtherance of their relationship with Kinetic as customers.

3. The relationship between the parties is governed by Kinetic's Terms and Conditions, which include a mandatory arbitration agreement and class-action waiver. Plaintiffs agreed to and accepted those Terms and Conditions when they ordered services, used Kinetic's website, and through their continued use of Kinetic's services after receiving repeated notice of the governing Terms and Conditions in their monthly invoices.

4. The arbitration agreement is broad and requires that all disputes "related in any way to Kinetic's Services, including charges for Services, Equipment, Service Order(s), or our agreements pursuant to these Terms or any other agreements" be resolved through binding arbitration rather than litigation. Duong Decl., ¶ 10 and Attachment B, § 3(a)(i).

5. Despite the comprehensive, mandatory arbitration agreement between the parties and the prohibition on class actions, Plaintiffs initiated a putative class action in this Court.

6. Under the Federal Arbitration Act (FAA) and governing law, this Court must enforce the parties' contractual choice of forum and stay these proceedings.

7. The FAA requires courts to enforce valid arbitration agreements according to their terms. *See* 9 U.S.C. §§ 2-4. The Court's inquiry is limited to whether a valid agreement to arbitrate exists and whether the parties' dispute falls within the scope of that agreement. Both requirements are satisfied here.

8. As set forth more fully in the accompanying Brief in Support, Plaintiffs entered into a valid and enforceable agreement to arbitrate, and every claim asserted in the Complaint falls within the broad scope of that agreement.

9. Kinetic supports this motion with the following:

a. Exhibit 1 – Declaration of Christopher Duong, with accompanying attachments, which is incorporated herein by reference; and

b. A contemporaneously filed brief in support of this motion which is incorporated herein by reference.

WHEREFORE, Defendant Uniti Services, LLC d/b/a Kinetic respectfully requests that the Court grant its Motion to Compel Arbitration, stay the case, compel the matter to arbitration, and for any other relief that the Court deems just and proper.

Respectfully submitted,

Katherine C. Campbell, Ark. Bar No. 2013241
Bradley S. Runyon, Ark. Bar No. 2005119
FRIDAY, ELDREDGE & CLARK, LLP
3350 S. Pinnacle Hills Parkway, Suite 301
Rogers, AR 72758
Office: (479) 695-6040
Facsimile: (501) 244-5389
kcampbell@fridayfirm.com
brunyon@fridayfirm.com

*Attorneys for Plaintiff, Uniti Services, LLC d/b/a Kinetic*

# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ROSELIA GONZALEZ; JOSH BROTHEIM; NATHANIEL GRIFFIN; DEBBIE PADGETT; MICHELLE COX; and MILTON KING, On Behalf of Themselves and All Others Similarly Situated** — **PLAINTIFFS**

**v.** **CASE NO. 4:26-cv-473-KGB**

**UNITI SERVICES, LLC d/b/a KINETIC** — **DEFENDANT**

**DECLARATION OF CHRISTOPHER DUONG IN SUPPORT OF UNITI SERVICES, LLC'S MOTION TO COMPEL ARBITRATION**

1. I am a resident of California over the age of eighteen (18) years. I am a Senior Vice President of Strategic Sales for Uniti Services, LLC d/b/a Kinetic ("Kinetic). I have worked for Kinetic since February 2026. I have personal knowledge of the facts herein and I am competent to testify. I submit this declaration in support of Kinetic's Motion to Compel Arbitration.

***Background***

2. Kinetic is an internet service provider delivering high-speed fiber internet, phone service, and digital TV packages to residential customers, as well as products and services for small, medium and large businesses, and government agencies.

3. Kinetic owns and operates a website at www.gokinetic.com, which allows visitors to browse information about internet and telecommunications services, view promotional offers and service plans, manage customer accounts, and access support, among other things.

4. When a user first visits Kinetic's website, he or she is greeted with a persistent, fixed-position cookie notice banner that remains visible while the user scrolls until the user affirmatively closes or dismisses the cookie banner. Below is an image of the website's home screen containing the cookie banner in the lower righthand corner.



Sensitivity: Internal




5. The cookie banner states: "We use cookies to improve your experience, serve personalized ads or content, and analyze our traffic. Learn more." The underlined text contains a link to Kinetic's Privacy Policy ("Privacy Policy").

***Privacy Policy***

6. A true and accurate copy of the Privacy Policy in effect between May 8, 2023, and May 8, 2026, is attached hereto as **Attachment A**.

7. The Privacy Policy explains the types of personal and network-related information Kinetic collects from customers and website/app users; how it uses that information to provide services, marketing, security, and account management; and the choices users have regarding certain communications and data uses. The Privacy Policy also addresses information sharing practices, cookies and tracking technologies, security measures, children's privacy, legal compliance, breach notifications, and users' privacy rights and protections.

8. The Privacy Policy contains a section entitled "Dispute Resolution." That provision states: "For complaints that cannot be resolved between Kinetic and the User, such disputes will be governed by the current provisions of Kinetic's Terms and Conditions, or the terms of your written agreement with Kinetic, if applicable." Attachment A.



Sensitivity: Internal

9. In addition to the cookie banner described above, Kinetic's website also consistently displays in the lower lefthand corner footer links to its current Privacy Policy, Online Terms and Conditions, and Legal Notice. Below is a screenshot showing the links circled in red.




***Terms and Conditions***

10. Kinetic's Terms and Conditions are updated periodically. The Terms and Conditions did not materially change between May 8, 2023, and May 8, 2026. A true and accurate copies of the most recent Terms and Conditions in effect as of April 1, 2026, is attached as **Attachment B**.

11. From 2023 through the present, Kinetic's Terms and Conditions have included a binding arbitration agreement and class action waiver, which is prominently called out at the top of the document:



Sensitivity: Internal

> **PLEASE READ THESE ONLINE TERMS AND CONDITIONS CAREFULLY. IT IS ESPECIALLY IMPORTANT FOR YOU TO READ SECTION 3 (DISPUTE RESOLUTION) CAREFULLY, AS SECTION 3 PROVIDES FOR RESOLUTION OF DISPUTES THROUGH FINAL AND BINDING ARBITRATION BEFORE A NEUTRAL ARBITRATOR INSTEAD OF IN A COURT BY A JUDGE OR JURY OR THROUGH A CLASS OR MASS ACTION. YOU WILL CONTINUE TO HAVE CERTAIN RIGHTS TO OBTAIN RELIEF FROM FEDERAL OR STATE AGENCIES.**

12. Section 3(a)(ii) contains in bold and capitalized letters a waiver of "any right to a trial by jury in a court of general jurisdiction and any right to participate in a class or mass action or consolidated action regarding a dispute except as provided in this section." Instead, disputes unable to be resolved directly with Kinetic must be resolved through arbitration, or small-claims court where applicable.

13. Customers can sign up for services online or over the phone.

14. If a customer signs up for service over the phone, they are advised verbally that the Terms and Conditions posted on Kinetic's website govern the service, and they are provided a link to the Terms and Conditions.

15. If a customer signs up for services online, the Terms and Care presented to them at their point of checkout, as demonstrated in the image below. The customer cannot proceed without checking the block to indicate that they have read and agreed to the Terms and Conditions.



Sensitivity: Internal




16. All customers, regardless of how they sign up for services, receive a confirmation email that further references the Terms and Conditions. A true and accurate copy of such an email has been redacted and attached hereto as **Attachment C**.

17. Customers who wish to manage their accounts online, including requesting services and paying bills, must create an online account and log in using their credentials.

18. Kinetic issues monthly invoices electronically or by mail. A true and accurate copy of Kinetic's standard invoice has been redacted and attached hereto as **Attachment D**.

19. Each invoice contains two separate disclosures, informing customers that use of Kinetic's services constitutes an agreement to the Terms and Conditions. These disclosures can be seen in the green highlighted portions on pages 2 and 4 of the example invoice in Attachment D.

20. Each year in the customer's May invoice the customer receives an ANNUAL NOTICE OF TERMS AND CONDITIONS, which reads:

> Effective April 1, 2026, Kinetic Online Terms and conditions have been updated. To view the most up to date Online Terms and Conditions, please visit www.gokinetic.com/about/legal/terms-and-conditions. The terms and conditions by which certain, distinct products and services are provided can be found in the Product Specific Terms and Conditions for Services and/or Equipment Provided by Kinetic (https://gokinetic.com/kinetic-product-schedules).
>
> Continued use of any Kinetic services means you have agreed to the current Online



Sensitivity: Internal

Terms posted April 1, 2026. All previous versions of the Online Terms are void, including but not limited to, relevant sections that provided for the rejection of changes made to future versions of the Online Terms.

21. In sum, an online customer is presented with or directed to the Terms and Conditions at the point of sale, in the order confirmation, monthly as part of each invoice, and annually in their May invoice, in addition to the footer links displayed on the website as described above.

22. Kinetic's records, which are regularly maintained in the ordinary course of business, reflect the following:

23. Plaintiff Roselia Gonzalez established services by phone in December 2021 and later created an online Go Kinetic account.

24. Plaintiff Gonzalez's account reflects that she has been issued monthly invoices and has paid those invoices. A copy of a recent invoice is attached as **Attachment E**.

25. Plaintiff Nathaniel Griffin established services in October 2008. It is believed given the age of the account that he did so by phone or in a retail store.

26. Plaintiff Griffin's account reflects that he has been issued monthly invoices and has paid those invoices. A copy of a recent invoice is attached as **Attachment F**.

27. Plaintiff Debbie Padgett established services by phone in October 2021 and later created an online Go Kinetic account.

28. Plaintiff Padgett's account reflects that she has been issued monthly invoices and has paid those invoices. A copy of a recent invoice is attached as **Attachment G**.

29. Plaintiff Michelle Cox established services by phone on or about January 2024 and later created an online Go Kinetic account. Her account was disconnected in April 2026.

30. Plaintiff Cox's account reflects that she has been issued monthly invoices and has paid those invoices. A copy of a recent invoice is attached as **Attachment H**.

31. Kinetic acknowledges that Plaintiff Josh Brotheim alleges that he is a customer but Kinetic is unable to locate records under that specific name.

32. Kinetic acknowledges that Plaintiff Milton King alleges that he is not a customer, but Kinetic's records reflect an active account in the name of Milton King in Chickamauga, Georgia. That account has been active since approximately 1982.



Sensitivity: Internal

33. Plaintiff King's account reflects that he has been issued monthly invoices and has paid those invoices. A copy of a recent invoice is attached as **Attachment I**.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this 17th day of July, 2026, in Anaheim, California.

*Christopher Duong*
Christopher Duong,
Vice President of Strategic Sales,
Uniti Services, LLC



Sensitivity: Internal

# ATTACHMENT A

# Privacy Policy

Updated January 4, 2023

This Privacy Statement describes how Kinetic and its affiliates collects information from or about you, either as a customer, visitor to any Kinetic website or user of any Kinetic mobile apps, when you order services from us, how we use the information we collect, and the choices customers have concerning the collection and use of such information. The goal of this Statement is to ensure that your Kinetic experience is secure so that you may use our products and services with complete confidence. Please review this Statement carefully.

This Statement addresses:

1. Personal Information Collected

2. Use of Personally Identifiable Information

3. Customer Proprietary Network Information (CPNI)

4. SMS/Text Messaging

5. Value-Added Services

6. Information Disclosed to Third Parties

7. Data Collection Technologies

8. Security Measures

9. Children

10. Links

11. Statement Updates

12. Security Breaches

13. Contact Us

14. Definitions

15. Internet Information

16. US-EU Privacy Principles

# A. Personal Information Collected

Kinetic limits the information collected about you to what is needed for conducting business, including the offering of products and services that might be of interest to you. You may choose to provide "personally identifiable information" (PII) to Kinetic in a number of ways either in person, telephonically or via our websites or mobile apps. Examples of how you may share PII with us include: ordering a service or equipment from us, downloading and using a Kinetic mobile app, sending us e-mail, responding to Kinetic surveys, entering Kinetic-sponsored contests or sweepstakes, registering to receive news or public information or applying for a job. We may also obtain PII from third parties (for example, credit agencies) with your permission.

Examples of PII are:

- Name (including company name for business customers)
- Unlisted or restricted mailing address
- Unlisted or restricted telephone number
- E-mail address
- Credit card number or financial/bank account number or information, including routing numbers

• Passwords or personal identification codes (PINs)

• Date of birth

• Social Security number

• Driver's license number or government issued identification number

• Company contact information for business customers

• Information obtained through customer referral programs

• Mobile app user photos

• Contact lists shared via mobile app

The following information is not PII:

• Mailing address, unless unlisted or restricted at your request

• Telephone number, unless unlisted or restricted at your request

• IP Address allowing you to use our internet service

• PII included in aggregate data compiled

Kinetic may compile or aggregate PII from numerous customers or Web visitors or mobile app users to collect data about groups of customers or potential customers or categories of service. Kinetic does not consider this "aggregate" information as PII because the aggregate information does not contain the PII of any individual customer, Web visitor, or mobile app user.

## B. Use of Personally Identifiable Information

Kinetic uses PII to provide products and services to meet customers' needs, including new products or services. Kinetic may share PII with any Kinetic-affiliated company, and these companies are subject to the terms of this Statement. PII is used in our mobile apps explicitly to enable easier communication through the use of the app to make and receive communications from contacts and enable users to display their photo.

Kinetic retains PII only as long as is necessary for Kinetic to comply with business, tax and legal requirements. This retention period could be the entire time you are our customer depending on the type of PII.

**Kinetic does not:**

Sell any customer data, whether it be defined as PII or otherwise, to third parties.

Collect PII from you unless you provide it to us in person, telephonically or electronically by visiting our websites or using our mobile apps, including information you provide in order to use our services.

Sell the names and addresses of Kinetic Web visitors or mobile app users to unaffiliated suppliers, without your prior approval.

Allow third parties to change your service provider or otherwise access your account information, at your request, without complying with our security policies, including our Customer Account Protection Plan that protects your account from changes not authorized by you.

Information about our customers and users, including PII, may be shared and transferred as part of any merger,

acquisition, sale of company assets or transition of service to another provider. This also applies in the unlikely event of an insolvency, bankruptcy or receivership in which customer and user records would be transferred to another entity as a result of such a proceeding.

## C. SMS/Text Messaging

By selecting Mobile you agree to receive Kinetic notifications via text to the mobile number provided and agree to the Terms within this page: /about/legal/terms-and-conditions . Message frequency will vary. Message and data rates may apply. You can reply STOP any time to 22023 to cancel. Reply HELP to 22023 or click on CUSTOMER SERVICE: https://www.gokinetic.com/support for help.

## D. Customer Proprietary Network Information (CPNI)

CPNI is information that relates to the quantity, technical configuration, type, destination, location and amount of use of the telecommunications services purchased by you from Kinetic. CPNI is available to Kinetic solely through its relationship with you and information contained in your bill for telecommunication services. CPNI does not include information that is typically classified as PII, such as your name or e-mail address and does not include compiled or aggregated PII. U.S. federal law requires Kinetic to protect the confidentiality of CPNI. Unless you opt-out from the use of CPNI, Kinetic

may use CPNI to market service offerings to you to which you do not already subscribe. To opt-out, just contact us. Kinetic may, without prior approval from you,



service to which you already subscribe, regardless of your CPNI selection.

If you order Kinetic services from a Kinetic dealer, Kinetic's dealers are prohibited from accessing or using your CPNI unless you sign a consent form authorizing Kinetic to release your CPNI to the dealers. Dealers are required to take all necessary measures to protect the confidentiality of your CPNI. As part of the dealers' agreements with Kinetic, dealers agree that, upon termination of your Kinetic services, the dealers will promptly return all of your CPNI to Kinetic and will not retain any CPNI in any form.

## E. Value-Added Services

Because we appreciate the trust you have placed in us, we continually look for ways to enhance your customer experience. From time to time, we may notify you about a Kinetic product or service using the information you have provided to us either in person, telephonically or electronically by visiting our websites or using our mobile apps, including information you provide to use our services. We strive to limit our offers to those we think you would benefit from and appreciate receiving. We want every contact you have with us to be a positive experience. If you prefer not to receive these Kinetic

value-added services, offers and opportunities, just contact us.

Kinetic complies with all applicable laws and regulations regarding "Do Not Call" Lists. Generally, Kinetic is allowed to contact its customers, even if the customers are registered with federal or state Do Not Call Lists, because of our relationship with you. Kinetic will, of course, honor any request to remove your name from our telephone, mail or e-mail solicitation lists and will delete your information from existing files within a reasonable time period. Just contact us.

## F. Information Disclosed to Third Parties

Kinetic does not sell PII of its customers. In limited circumstances, Kinetic may provide PII to third parties:

• To assist us in developing, promoting, establishing, maintaining, and/or providing Kinetic-related products and services to you, including joint marketing efforts or promotions, but PII may not be used by the third parties for any other purpose;

• To assist us in establishing accounts, billing, collecting payment (i.e. credit bureaus and collection agencies), enforcing the Terms and Conditions or the Acceptable Use Policy of our Kinetic services where permitted by law, and protecting or enforcing our rights or property, or the services of our other customers, from fraudulent, abusive, or unlawful use by you of our services;

• To comply, when required by law, with court or administrative orders, civil or criminal subpoenas,

warrants from law enforcement agencies, federal or state regulatory requirements, mandatory governmental audits, E911 reporting requirements, grand jury investigations, civil or criminal governmental investigations, or reporting required by the National Center for Missing and Exploited Children, designated by federal law as a reporting mechanism for child pornography; and

• To appropriate law enforcement, 911 centers, or emergency services when Kinetic, in good faith, believes the disclosure is necessary to protect a person, Kinetic property, or the public from an immediate threat of serious harm.

## G. Data Collection Technologies

In addition to PII identified in Section A of this Statement, we, or our third-party partners, may collect non-personal information automatically when you visit Kinetic websites, other third-party sites, open Kinetic emails or use Kinetic mobile apps, such as domain name, browser, your computer operating system, information about the Web page from which you linked to the website, and time spent on different parts of our websites or mobile apps. We or our partners may use this information to evaluate and improve the websites and mobile apps, and may share the information with third parties on an aggregated basis to enhance our products and services offered. This on-line information is typically collected via **cookies**, **web beacons** (see **Section N** for definitions), and/or other data collection technologies. Like virtually all other websites that you visit, we use cookies to deliver Web content specific to your interests

and to control access to your personal shopping cart after your initial entry. The cookie permits the server to recall information from your previous shopping trip, should you decide to think about your purchase. A cookie is not used to access or otherwise compromise the data on your hard drive. With most browsers, you can choose to change your browser settings to disable cookies. Please be aware that cookies may be required to complete certain functions on Kinetic websites and other websites you may link to from Kinetic websites, including making purchases or payments on your Kinetic account. Kinetic does not collect personal information (i.e. user photos and contact lists) shared via or connected with Kinetic mobile apps.

## H. Security Measures

Kinetic wants you to use our services with confidence, and therefore we use a number of security techniques designed to protect your information from unauthorized access, including firewalls and access control procedures. Kinetic has physical, electronic, contractual, and managerial security measures in place to protect against the loss, misuse and alteration of information under our control. For example, when you place an order on a Kinetic Website, the information you submit is encrypted using the Secure Sockets Layer (SSL) protocol.

Kinetic employees are bound non-disclosure agreements that prevent them from disclosing any PII or CPNI. Further, Kinetic's Working with Integrity Guidelines state that Kinetic employees must abide by all state and

federal laws and regulations in the performance of their job duties.

Our policies also limit access to PII to only those employees, contractors, agents, or representatives that require the information to perform their jobs or assist Kinetic with providing products and services to you.

## I. Children

Children under the age of majority should consult with their parents or guardian before furnishing any data to us. Parents should consider using one of a number of available parental control tools that provide a child-friendly, on-line environment and can prevent children from disclosing PII without parental consent. If a child has provided personal information without the consent of a parent or guardian, that parent or guardian should contact us to request that the information be deleted from our records. More information about parental controls may be found on Kinetic websites or by contacting a Kinetic customer care representative.

Kinetic does not knowingly collect PII from children under the age of 13 in connection with providing products and services, and it strives to comply with all provisions of the Children's Online Privacy Protection Act (COPPA). If Kinetic inadvertently collects information from minors below the age of 13, the information will be treated as PII of the adult customer.

## J. Links

Kinetic is not responsible for the content or privacy policies of other non-Kinetic websites or non-Kinetic mobile apps. You should keep this in mind when accessing websites through links on Kinetic websites or mobile apps, or through third party advertisements appearing on Kinetic websites or mobile apps. Further, Kinetic may advertise on other websites or mobile apps. The advertising companies placing our ads may use cookies or web beacons to track the effectiveness of our ads. The use of such technology is subject to the privacy policies of the advertising companies, and not this Statement.

## K. Statement Updates

We may update this Privacy Statement at any time in connection with our constant efforts to improve our products and services. We strongly encourage you to periodically review this Statement. We reserve the right to expand our capabilities for information collection and use and change this Statement in this regard. If any change constitutes a material change to this Statement, we will post a notice on our websites in a prominent position. If Kinetic decides to use PII in a manner that is materially different from what is contained herein, we will post the change on this page for 30 days before making the change.

## L. Security Breaches

While our goal is to prevent any unauthorized disclosure of PII, Kinetic cannot guarantee that a disclosure will not

occur. We will make reasonable efforts to contact you if we determine that a security breach has occurred and that there is a reasonable risk of identity theft or as otherwise required by law.

## M. Contact Us

If you have questions, concerns, or complaints about this Statement or Kinetic's privacy practices, please contact a Kinetic customer care representative; email us at Kinetic.privacy.statement@windstream.com; or write to us at Windstream Services, LLC, ATTN: Legal Department, 4005 Rodney Parham Road, Little Rock, Arkansas 72212. We will respond to your inquiries in a timely manner.

## N. Definitions

**Cookies** are small, encrypted data strings our server writes to your hard drive that contains your unique Kinetic User ID. For more information on managing cookies and opting out of interest-based advertising, click here for more information from the Digital Advertising Alliance.

**Web beacons** are small graphic images imbedded in a webpage or email.

## O. Internet Information

Kinetic's network management practices are designed to provide the best possible online experience to its customers. To that end, Kinetic monitors traffic flows

between points within its network and between its network and locations on the Internet for purposes of reasonable network management. Kinetic uses this information to manage its network, provide security for its customers, plan for future needs, and ensure its network runs efficiently. Monitored information includes the amount of data sent to and from your connection, the source and destination of the data, and the type of information sent and received. In limited circumstances, Kinetic may also look into the contents of the information to determine whether it is malicious in nature (such as a virus, spam, worm, etc) or when required by law to comply with judicial orders or regulations.

## P. US-EU Privacy Principles

For individually identifiable information received in the United States from Users in the European Union, Kinetic adheres to the following principles:

**Notice:** Kinetic will inform Users about the purposes for which it collects and uses PII, the types of non-agent third parties to which Kinetic discloses PII, and the choices and means, if any, Kinetic offers for limiting use and disclosure of PII.

**Choice:** Kinetic will offer Users the opportunity to choose (opt-out) whether their PII is (a) to be disclosed to a third party who is not an agent, or (b) to be used for a purpose other than the purpose for which it was originally collected or subsequently authorized. For sensitive PII, Kinetic will give Users the opportunity to affirmatively and explicitly (opt-in) consent to such disclosure or use.

**Access:** Upon request, Kinetic will provide Users with the PII that it holds about them and will take reasonable steps to provide individuals with a means to correct, amend or delete PII that is inaccurate or incomplete.

**Dispute Resolution:** For complaints that cannot be resolved between Kinetic and the User, such disputes will be governed by the current provisions of Kinetic's Terms and Conditions, or the terms of your written agreement with Kinetic, if applicable.

**Kinetic's multi-Gig Fiber upload speeds** are faster than advertised cable upload speeds, excluding areas where cable providers offer symmetrical upload speeds for service tiers 1 Gig and above. Speed comparison based upon publicly available advertised speeds in Kinetic's footprint as of February 2026.

**99.9% Network Reliability:** Kinetic Network Reliability based on monthly service availability scores from March 2023 to Dec. 2025 as measured by the Kinetic Network Operations Center using the formula Available Customer Hours divided by Total Customer Hours (Available Customer Hours plus Customer Outage Hours). Customer Outage Hours does not include planned maintenance, emergency events (hurricanes, winter storms, mass flooding, etc.).

**100% Fiber excludes some multitenant units.**

**The Kinetic Promise** - relies on reasonable effort to confirm Wi-Fi works in living spaces where customer grants technician access. Wi-Fi coverage & performance vary by layout, building materials, interference, & device capability. Not a guarantee of uniform coverage, speed, or error-free service. Add. equipment or wiring may be required & incur charges; certain areas/devices (e.g., detached structures or outdoor spaces) may be excluded. Customer may cancel any time.

## Explore

Fiber Internet

High-Speed Internet

Whole Home Wi-Fi

Internet Security

AT&T Wireless

TV & Entertainment

Home Phone

Kinetic Wi-Fi Manager

## Resources

Support

Find Local

Go Kinetic Customer Portal

Move My Service

Kinetic Blog

Referral Program

Lifeline Assistance Program

Digital Literacy Program

Become an Authorized Dealer

## Company

About Us

Careers

News

Investor Relations

Suppliers

Offer Conditions

© 2026 All rights reserved Uniti Group, Inc.
Uniti
2101 Riverfront Drive
Little Rock, Arkansas 72202

# ATTACHMENT B

**Effective April 1, 2026**

**ONLINE TERMS AND CONDITIONS**
**FOR SERVICES AND/OR EQUIPMENT PROVIDED BY KINETIC**

**PLEASE READ THESE ONLINE TERMS AND CONDITIONS CAREFULLY. IT IS ESPECIALLY IMPORTANT FOR YOU TO READ SECTION 3 (DISPUTE RESOLUTION) CAREFULLY, AS SECTION 3 PROVIDES FOR RESOLUTION OF DISPUTES THROUGH FINAL AND BINDING ARBITRATION BEFORE A NEUTRAL ARBITRATOR INSTEAD OF IN A COURT BY A JUDGE OR JURY OR THROUGH A CLASS OR MASS ACTION. YOU WILL CONTINUE TO HAVE CERTAIN RIGHTS TO OBTAIN RELIEF FROM FEDERAL OR STATE AGENCIES.**

**Unless you have signed a service agreement that defines a specific term, Service(s) provided by Kinetic are subject to monthly recuring charges which automatically renew each month. Month-to-month Customers may cancel at any time without penalty by phone (1-800-347-1991) however, Customer is responsible for usage through the date service is disconnected. If you have agreed to a fixed term of Service, your service cancellation may be subject to penalties per Section 7(c) Termination by You – Fixed Term Agreements.**

**1. Definitions.**

**"You"** or **"Customer"** means the person or entity that subscribes to Services or purchases or leases Equipment and anyone who accesses the Services and Equipment provided to you, except as specifically provided in Section 3 (Dispute Resolution) herein.

**"We," "us," "our," "Company," "Uniti", "Kinetic"** refer to the Uniti legal entities providing Services to you and as identified on your bill.

**"Service(s)"** refer to any services you have agreed to obtain from us.

**"Equipment"** means any equipment or accessories you purchase or lease from us or those provided by us for use in any manner in connection with your Services. Services and Equipment provided by Kinetic may be referred at times to in this document collectively as, "Services."

**"Promotional Terms"** mean terms that apply to special offers from time to time. Promotional terms will be specified in your first bill message. Promotional terms may include limited-time promotional pricing or speeds, a term commitment and an early termination fee in the event the Service is not installed or maintained, or in the event you disconnect Service prior to the end of the term.

**"Service Order"** means the form (whether paper or electronic, including online order forms), if any, in which you apply for or make changes to Services and may include the length of time you will subscribe to a Service, rate plans, access charges, fees, taxes and surcharges, choice of long-distance carrier, and the Equipment you have selected.

**2. Agreement and Acceptance.**

You accept and agree to be bound by these Online Terms and Conditions ("Terms") by: (a) giving us your written or electronic signature; (b) telling us orally or electronically that you accept (i.e., by clicking the "I Accept" button for online purchases or account changes); or (c) activating, using, or paying for any Services. If you have never used the Services before, and do not wish to be bound by these Terms, then do not begin using them, and notify us immediately. By accepting these Terms, you acknowledge that you are 18 years of age or older, are competent to enter into a contract with us, and are authorized to obtain Services or make changes to an existing account.

Additionally, you are bound by, and these Terms incorporate, the following: 1) any applicable tariffs filed with the Federal Communications Commission ("FCC") or the relevant state public service commission; 2) the FCC or state web-posted price lists or terms and conditions (either, "price lists") posted at https://www.gokinetic.com/tariffs; 3) any applicable Service-Specific Terms and Conditions at https://www.gokinetic.com/about/legal/product-specific-terms for Residential and https://business.gokinetic.com/terms-conditions/ for Kinetic Business and any additional agreements associated with such products, as they may change over time; 4) any Promotional Terms, at https://www.gokinetic.com/residential/offer-conditions and Your bill messages); 5) the Service Order, if any; 6) any

relevant click-through agreement for the Services you received; 7) these Terms, as they may change over time; 8) the Acceptable Use Policy posted at https://www.gokinetic.com/about/legal/acceptable-use-policy and 9) the Privacy Policy posted at https://www.gokinetic.com/about/legal/privacy-policy. The foregoing documents are collectively referred to in these Terms as, the "Agreement". Note that we may make changes to these incorporated terms at any time in accordance with Section 22 (Changes to these Terms and Conditions).

**You may obtain a copy of these Terms and the Service-Specific Terms and Conditions by visiting https://www.gokinetic.com/about/legal/kinetic-online-terms, or calling a service representative at 877-807-9463. This Agreement supersedes all statements or promises made to you by any of our employees or agents.**

**If you have a written contract with Kinetic, then those contract terms and conditions will control.**

**3. Dispute Resolution.**

PLEASE READ THIS CAREFULLY - IT AFFECTS YOUR RIGHTS. This section outlines how disputes between you and Kinetic will be resolved through an informal dispute resolution process, individual arbitration, or small claims court.

For purposes of this Dispute Resolution section, references to "Kinetic", "we", and "us" include our subsidiaries, affiliates, agents, employees, predecessors in interest, successors, and assigns. This Dispute Resolution provision shall survive termination of this Agreement.

**YOU AND KINETIC AGREE TO WAIVE ANY RIGHT TO A TRIAL BY JURY IN A COURT OF GENERAL JURISDICTION AND ANY RIGHT TO PARTICIPATE IN A CLASS OR MASS ACTION OR CONSOLIDATED ACTION REGARDING A DISPUTE EXCEPT AS PROVIDED IN THIS SECTION.** Specifically, you and Kinetic agree to waive any right to pursue a dispute by joining a disputed claim with the disputed claim of any other person or entity or to assert a disputed claim in a representative capacity on behalf of anyone else in any lawsuit, arbitration, or other proceeding.

a. *Here are the ways you would resolve a dispute with Kinetic.*

i. Resolving your dispute directly with Kinetic within sixty (60) days.

If you have a dispute, first, notify Kinetic's Customer Care department at the number listed on your invoice. If the Customer Care department is unable to resolve your dispute, you must submit your dispute in writing at the following address:

Kinetic
4005 N. Rodney Parham Rd.
Little Rock, AR 72212
Attn: Executive Customer Relations

Describe your dispute with enough detail to allow us to understand it and provide any supporting documentation with your written dispute. Visit https://www.gokinetic.com/about/legal/legal-notices for a form that you may, but are not required to, use to submit your written dispute to us. To safeguard your account, you might be required to provide authentication and/or consent for Kinetic to discuss or share your account information with anyone other than you, including but not limited to an attorney representing you. If we have a dispute with you, we will send you a written notice to your billing address to attempt to resolve the dispute.

A dispute is any claim or controversy related in any way to Kinetic's Services, including charges for Services, Equipment, Service Order(s), or our agreements pursuant to these Terms or any other agreements, whether the dispute: arises in tort, contract, by statute, or any other legal theory; arises under this or any prior agreement with us; or arises after your Services with Kinetic are terminated. Note this Section 3 is intended to resolve outstanding disputes between us, and not to collect a debt owed by you to Kinetic.

ii. Pursuing small claims or arbitration.

If you and Kinetic are unable to resolve the dispute within sixty (60) days from the date Kinetic receives the written dispute, except as provided in subsection 3(b)(x), you agree that the dispute shall be resolved in only one of two possible ways:

a) **Small Claims Court.** You may seek relief in a small claims or equivalent court, if appropriate under the applicable court's rules, in the city or county of the billing address reflected on your bill, so long as the action remains in that court and is not removed or appealed to a court of general jurisdiction. If the small claims or equivalent court does not allow for declaratory relief, then the action could be brought in a court which does have such relief.

b) **Arbitration.** All disputes not filed in small claims court will be resolved by arbitration that will be final and binding on both you and Kinetic, subject to any exceptions required by applicable law. An arbitration is a less formal alternative to a lawsuit or jury trial in court. While the procedures in arbitration may be different, they are more streamlined with limited discovery to simplify the process and reduce cost. An arbitrator applies the same law and can award the same damages and relief as a court would under the terms of this Agreement. This Agreement evidences a transaction in interstate commerce, and thus the Federal Arbitration Act governs the interpretation and enforcement of this provision.

**This Section does not prohibit you from submitting any issue you have with Kinetic to any federal, state, or local governmental agency or public service commission which may be able to seek relief from Kinetic on your behalf.** If the dispute is regarding the charges for Services, you agree that if you do not seek relief in small claims or equivalent court or by arbitration following the sixty (60) day dispute period, then you will immediately begin paying the disputed amount that Kinetic determines is valid, plus any charges that were not paid during the sixty (60) day dispute period, or Kinetic may terminate the Services.

b. *The following provisions apply to arbitration.*

i. Notice of Arbitration. If you intend to seek arbitration after expiration of the sixty (60) day written dispute period, you must first file a claim with JAMS. Visit https://www.gokinetic.com/about/legal/legal-notices for a form that you may, but are not required to, use. Your claim must include:

a) your account number;
b) the Services (if any) to which your claim pertains;
c) a description of the nature and basis of the claim or dispute;
d) a brief outline of previous efforts to resolve the dispute;
e) an explanation of the specific relief sought and the basis for the calculations;
f) all supporting documentation; and
g) if you have retained an attorney, your signed statement authorizing Kinetic to disclose your confidential account records to your attorney if necessary to resolve your claim.

The claim must be signed, and a copy along with proof of payment of the filing fee should be sent to Kinetic at:

Kinetic
4005 Rodney Parham Rd.
Little Rock, AR 72212
Attn: Legal Department

Unless you specifically request otherwise, the Executive Customer Relations group may still contact you regarding the claim even if you are represented by counsel.

ii. Arbitration Fees and Applicable Rules. The arbitration will be governed by the JAMS Comprehensive Arbitration Rules and Procedures ("JAMS Rules"), as modified by these Terms, and will be administered by JAMS. The JAMS Rules are available online at www.jamsadr.orgor by calling JAMS at 1-800-352-5267(JAMS).

The arbitrator is bound by these Terms. All issues are for the arbitrator to decide, *except* issues relating to the scope and enforceability of the Dispute Resolution provision, whether a dispute can or must be brought in arbitration, or whether there has been a violation of the Class or Mass Action prohibition, which are for the court to decide.

Unless agreed otherwise, arbitration hearings will take place in the county (or parish) of your billing address. If your claim is $10,000 or less, you may choose whether the arbitration will be conducted solely on the basis of documents submitted to the arbitrator, through a telephonic hearing, or by an in-person hearing as established by the JAMS Rules. If your claim exceeds $10,000, the right to a hearing will be determined by the JAMS Rules. Regardless of the manner in which the arbitration is conducted, the arbitrator shall issue a reasoned written decision sufficient to explain the essential findings and conclusions on which the award is based.

After Kinetic receives notice that you have commenced arbitration and proof of payment, we will reimburse you for payment of the filing fee, unless your claim is greater than $75,000 ("JAMS' fees"). A consumer's share of the filing fee is currently limited to $250, though JAMS may change that amount. If, however, the arbitrator finds that either the substance of your claim or the relief sought is frivolous or brought for an improper purpose (as measured by the standards set forth in Federal Rule of Civil Procedure 11(b)), then the payment of all such fees will be governed by the JAMS Rules. You agree to reimburse Kinetic for all monies previously disbursed that are your obligation to pay under the JAMS Rules. In addition, if you initiate an arbitration seeking more than $75,000 in damages, the payment of JAMS' fees will be governed by the JAMS Rules. If Kinetic initiates the arbitration, it will pay JAMS' fees regardless of the amount of its claim.

iii. Alternate Payment by Kinetic. If, after finding in your favor in any respect on the merits of your claim, the arbitrator issues you an award, exclusive of attorneys' fees, that is greater than the value of Kinetic's last written settlement offer made before an arbitrator was selected, then Kinetic shall pay the greater of the award or $5,000 ("the Alternative Payment"). If Kinetic did not make a written offer to settle the dispute, you are eligible to receive the Alternative Payment if the arbitrator awards you relief less than $5,000 on the merits. If you are still a current customer when the arbitrator's award is issued, then Kinetic, in its sole discretion, can pay the Alternative Payment by issuing a credit for services on the Customer's account.

iv. Attorneys' Fees. If you are entitled to the Alternative Payment, then Kinetic will also pay your attorney, if any, the amount of attorneys' fees, and reimburse any reasonable expenses, that your attorney reasonably accrues for investigating, preparing, and pursuing your claim in arbitration ("the Attorney Premium"). If you are not entitled to this Attorney Premium, Kinetic will reimburse for reasonable attorneys' fees and reasonable expenses if it is required to do so under applicable law. However, you may not receive both the Attorney Premium and an award of attorneys' fees under a statute.

v. No Duplicative Awards. The arbitrator may make rulings and resolve disputes as to the payment and reimbursement of fees, expenses, the Alternative Payment and the Attorney Premium at any time during the proceeding and upon request from either party made within fourteen (14) days of the arbitrator's ruling on the merits. However, you may not recover duplicative awards of attorneys' fees or costs.

vi. Individual Arbitration Required. The arbitrator may award declaratory or injunctive relief only in favor of the individual party seeking relief and only to the extent necessary to provide relief warranted by that party's individual claim. **YOU AND KINETIC AGREE THAT EACH MAY BRING CLAIMS AGAINST THE OTHER ONLY IN YOUR OR ITS INDIVIDUAL CAPACITY, AND NOT AS A PLAINTIFF, CLASS MEMBER OR MASS ACTION MEMBER IN ANY PURPORTED CLASS, MASS ACTION, OR REPRESENTATIVE PROCEEDING EXCEPT AS OUTLINED IN SUBSECTION 3(B)(VII).**

Unless agreed otherwise, the arbitrator may not consolidate more than one person's claims, and may not otherwise preside over any form of a representative or class proceeding, or private attorney general claims. The parties expressly waive the right to have any dispute or claim brought, heard, administered, resolved, or arbitrated as a Mass Action. Neither an arbitrator nor an arbitration provider shall have authority to hear, arbitrate, or administer any Mass Action except as provided in subsection 3(b)(vii) below. A “Mass Action” includes, but is not limited to, instances in which you or Kinetic are represented by counsel, a law firm, or collection of coordinated law firms that has filed twenty-five (25) or more arbitration demands of a substantially similar nature against the other party within one hundred and eighty (180) days of the arbitration demand filed on your or Kinetic’s behalf.

You and Kinetic agree that one of the essential purposes of this Dispute Resolution provision is to provide for the prompt, efficient, and cost-effective resolution of disputes and is a material part of these Terms. Subsection 3(b)(vii) furthers these purposes by ensuring disputes are resolved on an individual basis and by providing for alternative low-cost paths to resolving individual disputes. Any claim that all or part of this Class or Mass Action waiver is unenforceable, unconscionable, void, or voidable may be determined only by a court of competent jurisdiction and not by an arbitrator. If this specific proviso is found to be unenforceable, then the entirety of this Dispute Resolution provision shall be null and void.

vii. <u>Procedure in the case of Prohibited Mass Actions</u>. If a court determines that a breach of the Dispute Resolution provision has occurred, or that you have participated in a prohibited Mass Action, then we agree that the following shall apply, in addition to any other remedy ordered by a court.

a) **Opting Out.** If it is determined that there has been a violation of the Mass Action waiver, the parties may opt out of arbitration within thirty (30) days of the decision and proceed on an individual basis in small claims court. You may opt out of arbitration by providing written notice of your intention to opt out to the arbitration provider and to Kinetic at:

Kinetic
4005 Rodney Parham Rd.
Little Rock, AR 72212
Attn: Legal Department

This written notice must be signed by you, and not any attorney, agent, or other representative of yours. Kinetic may opt out of arbitration by sending written notice of its intention to opt out to the arbitration provider and to you or your attorney, agent, or representative if you are represented. The ability to opt out of arbitration described in this subsection 3(b)(vii) only applies if it has been determined by a court that there has been a violation of the Mass Actions prohibition. If the parties do not opt out of the arbitration, the parties agree to following the batching procedure outlined below. **You agree to this process even though it may delay the arbitration of your claim.**

b) **Batching.** In the first batch, claimants’ counsel and Kinetic will each select ten (10) cases (twenty (20) cases total) to be filed in arbitration and resolved individually by different arbitrators. In the meantime, no other cases may be filed or proceed in arbitration, and JAMS must not assess or demand payment of fees for the remaining cases, administer, or accept them.

After the first batch is completed, the parties must engage in a single mediation of all remaining cases with the mediation costs being split between the parties. If the parties cannot agree how to resolve the remaining cases after mediation, they will repeat the process of selecting and filing twenty (20) additional cases to be resolved individually by different arbitrators, followed by mediation.

If any claims remain after the second batch, the process will be repeated until all claims are resolved. However, a total of fifty (50) cases may be filed in the third and later batches and will be randomly selected. The parties may also negotiate with JAMS regarding the amount or timing of JAMS fees.

c) **Tolling.** If this subsection 3(b)(vii) applies to a dispute filed with JAMS and the parties elect the batching procedure set forth herein, the relief set forth in that claim will be extended (including the tolling of any applicable statute of limitations or contractual limitations period for the claims and requested relief) until that claim is selected for a batched proceeding, withdrawn, or otherwise resolved. A court will have the authority to enforce this subsection, including by enjoining the Mass Action filing, the prosecution or administration of arbitrations, or the assessment or collection of JAMS' fees.

d) **Severability.** This subsection 3(b)(vii) is intended to be severable from the rest of this Dispute Resolution provision. If, a court determines that the batching process in this subsection is not enforceable, then the cases may be filed in arbitration and the payment of JAMS filing, administration, case-management, hearing, and arbitrator fees will be assessed as the arbitrations advance and arbitrators are appointed rather than when the arbitrations are initiated.

viii. **Confidentiality. Any arbitration shall remain confidential. During the arbitration, the amount of any settlement offer made by either Kinetic or you shall not be disclosed to the arbitrator until after the arbitrator determines the amount, if any, to which you or Kinetic is entitled. Neither you, nor Kinetic, may disclose the existence, content, or result of any arbitration or award, except as may be required by law, or to confirm and enforce an award.**

ix. Notice to California Customers. California Customers may seek public injunctive relief through arbitration if, and only to the extent, provided by California law (if deemed applicable) and, in the event the provisions of this Section 3 are found to be unenforceable despite the foregoing exception, such California Customers may seek public injunctive relief through the courts only after the individual claims are fully resolved in arbitration. The preceding sentence shall not apply to Customers in any other state.

x. Exceptions. Nothing in this Section shall prevent Kinetic from doing the following:

a) issuing notices, including takedown notices for alleged trademark or copyright infringement pursuant to the Digital Millennium Copyright Act;

b) termination of Service pursuant to Kinetic's Acceptable Use Policy for your abuse of your Internet access Services; or

c) filing a lawsuit, including through a third-party collections agency, in a court of general jurisdiction to collect outstanding balances for unpaid Services or Equipment, any other type of charge owed on your account, or for the theft of any Services or Equipment by you even if the amount in controversy exceeds the limits of small claims in the jurisdiction in which the nonpayment arises.

xi. Limitation of Liability. This Section 3 is subject to Section 17 (Limitation of Liability) in these Terms.

xii. Limitations Period. Except as provided in subsection 3(b)(vii), any written dispute must be brought by you or Kinetic within two (2) years after the date the basis for the claim or dispute first arises.

**4. Charges for Services and Taxes, Fees, and Surcharges.**

You are responsible for paying all charges applicable to Services provided to you including, but not limited to, monthly recurring charges ("MRCs"), access charges, features, changes and moves to Services, Service repair visits and no-show charges, installation charges, IP-address charges, billing charges, credit-card surcharges, toll, long distance, and directory assistance, equipment fees, and any other usage-based charges at our current rates when used. Certain offers may include limited-time promotional pricing; at the end of any promotional pricing period, standard rates for the applicable Service(s) will apply and you will be responsible for payment of such increased rates. In addition to the monthly recurring and usage-based charges, other charges (such as taxes, fees, surcharges, and assessments) apply to all Services and Equipment, including how those may change in the future. In certain service areas, paper bills are available for a monthly charge.

To determine whether certain taxes, fees, and surcharges are applicable to Services provided to you, we are required by federal law to obtain your street address, which must be within our service area. You represent and warrant that the address you provide us to obtain Service is correct, and you acknowledge that we are relying on this information

to determine which taxes, fees, or surcharges are applicable to your Service. You agree to notify us if your address changes. In the event you do not provide us with a valid address or address change, you may be responsible for additional taxes, fees, surcharges, and penalties associated with failure to pay taxes based on the proper address, and we may terminate your Services.

As a convenience to you, we may include charges for third-party services purchased or ordered using your Kinetic Services on your monthly bill. You should always review your bill carefully and contact the Company if you are unsure about a charge on your bill. Company also offers the ability to block such third-party charges from your monthly bill. This Service is optional and free of charge. If you are interested in adding a third-party block to your account, then call a Company representative at the number found at the top-right-hand corner of your statement to determine if your account is eligible. The block does not apply to Services provided by Kinetic or its affiliates to which you subscribe.

**5. Billing and Payment; Rate Increases.**

We will bill you the recurring and installation rates you were quoted for Services or those associated with the Services you currently use or previously ordered, with increases on notice. All recurring charges are billed one month in advance. Billing at a location will begin upon the earlier of either (i) the Installation Date (which may be the date administrative access to certain software-based Services are granted to Customer), or (ii) thirty (30) days after delivery of the applicable facility and/or equipment to Customer's premises (if the delay in connection of the facility and/or equipment is due to Customer or its agent). Company may choose to bill in full monthly increments with no proration for partial service periods when Service either starts or ends in the middle of a billing cycle.

We reserve the right to back-bill you for Services actually used, but not previously billed.

Additionally, you may be enrolled in paperless billing when you subscribe to Kinetic Services. If you have paperless billing, each month we will send an email to your official email address on file with the Company when your invoice is available. You may review your monthly bill and make a payment, or switch back to a paper bill by changing your billing preference, in the Go Kinetic portal (my.gokinetic.com). You may also call us at 800-347-1991 to change your billing preference. For Kinetic Local, please go to https://mybusiness.gokinetic.com/ or call us at 833-241-0100.

Please note that a monthly fee may apply if you choose to receive a paper bill.

Payment in full is due no later than the due date indicated on your bill and we may apply a late fee, interest, and other charges (including, but not limited to, collection fees) up to the maximum amount permitted by law. Returned checks, payment by phone, paper bills, and other fees due to your choice of payment method or billing receipt may also be subject to fees.

Further, you agree that you may be subject to collections either by Kinetic or a third-party collections agency. If Kinetic uses a collection agency or commences legal action to recover monies due, to the extent permitted by law, you must reimburse Kinetic all expenses incurred to collect amounts you owe us, including attorneys' fees. If your account is referred to third-party collections, you are responsible for payment of any collection fee which will be assessed and due at the time of the referral. Subject to applicable law, you agree that Kinetic is not responsible or liable for any negative consequences that may arise as a result of referring your account, payment information, or history to any third-party credit reporting or collections agency.

We may require you to authorize payment for Services by credit card or by debiting a bank account, and no additional notice or consent is required before we invoice the credit card or debit the bank account for all amounts due to us for any reason.

Uniti reserves the right to charge a fee for payments made by credit card or charge a payment processing fee for payments not made via electronic check.

**6. Credit, Deposits, and Advanced Payments.**

Our agreement to provide you Services is subject to credit and identity verification approval, and, as such, you authorize us to ask credit-reporting agencies for credit and identity verification information about you. You authorize your wireless carrier to use or disclose information about your account and your wireless device, if available, to us or

our service provider for the duration of your business relationship, solely to help them identify you or your wireless device and to prevent fraud. See our Privacy Policy for how we treat your data. We may require you to submit an initial deposit and/or an advanced payment or participate in certain payment-related programs, such as automatic payment enrollment, as security for payment of charges. If you decline to participate, or cease participation at any time, in such payment-related programs, or if either the amount/number of Services is increased, you are late on payment or your credit rating changes, an initial or additional deposit or advanced payment may be required. Simple interest will be paid on the cash deposit for the period it is held by us and will be refunded if satisfactory credit has been established or upon termination of Service (if no balance is due). We reserve the right to apply the deposit to any amount due and unpaid, and the payment of a deposit in no way relieves you of paying your bills in a timely manner. Regarding advanced payments, any advanced payment will appear as a credit to your first-month's bill. If you cancel Services before installation, or we cannot install your Services for some reason, then we may refund the advanced payment. We will not refund any advanced payment made after installation of Services.

**7. Termination by You.**

a. *Pre-Installation*. If you are a business customer, and you terminate your order prior to the installation of Services, then you will be required to pay a pre-installation cancellation charge equal to the greater of (i) three (3) months of MRCs; or (ii) our costs to other providers. You agree that this charge is a reasonable measure of the administrative costs and other fees, incurred by us, to prepare for installation.

b. *After Installation*. If you cancel your Services or a portion thereof after installation, then you remain liable for payment of all outstanding charges for all Services you used and Equipment you purchased from us prior to termination. If you terminate Services prior to the last day of your billing cycle, then you will be charged for the full last month of Service with no proration or credit.

c. *Fixed-Term Agreements*. When you purchased your Service(s), you may have been required to commit to a term or a minimum purchase. Either you or we may elect not to renew your service by providing notice to the other no later than thirty (30) days prior to expiration of the fixed term. If neither you nor we deliver a timely notice not to renew, THEN the Services will renew on a month-to-month basis. IF YOU TERMINATE SERVICES AFTER INSTALLATION OR DURING THE INITIAL OR RENEWAL TERM FOR ANY REASON OTHER THAN FOR CAUSE, OR WE TERMINATE FOR CAUSE PURSUANT TO SECTION 8 BELOW, THEN YOU WILL BE REQUIRED TO PAY TO US AS LIQUIDATED DAMAGES AN AMOUNT EQUAL TO 100% OF THE MONTHLY RECURRING CHARGES ("MRCS") MULTIPLIED BY THE NUMBER OF MONTHS REMAINING IN THE THEN CURRENT TERM. IF YOU TERMINATE OR DISCONNECT LESS THAN THE ENTIRETY OF YOUR SERVICES SUCH THAT YOUR ACTUAL USAGE AT A LOCATION FALLS BELOW MINIMUM MONTHLY FEE ("MMF") FOR THAT LOCATION, THEN YOU AGREE TO PAY AN AMOUNT EQUAL TO THE MMF FOR EVERY MONTH REMAINING IN THE THEN CURRENT TERM ("LIQUIDATED DAMAGES").

   You agree that in the event of termination by you, the actual damage to Kinetic is difficult to ascertain, and that the early termination fee represents liquidated damages, not a penalty, and is a reasonable estimate of the actual reduction in the value of this Agreement that we will sustain.

d. *Month-to-Month Agreements*. If no length of time is identified on the Service Order or you were not otherwise required to commit to a term, then the term is month-to-month, and you or we may terminate at any time by providing notice at least thirty (30) days prior to the effective date of termination. You remain liable for payment of all outstanding charges for all Services you used and Equipment you purchased from us prior to termination. If you terminate Service prior to the last day of your billing cycle, then you will be charged for the full last month of Service with no proration or credit.

e. *Bundled Services*. Some plans may offer a discount, if you sign up for bundled Services, and may require a term commitment. If you sign up for bundled Services, then you agree to maintain the bundled Services for the applicable term. If you receive bundled Services, and you subsequently unbundle, terminate, or disconnect any of these Services, or we disconnect any of the Services, then we may adjust the rates for the remaining Service(s) to the then current price.

f. *Change in Location*. A change in your service address or location to which any Service is provided to you may constitute, at our sole discretion, termination of the Services or result in an increase in the prices you must pay for the Services.

g. *Change to Another Carrier*. We may deem a request by you to port your numbers as a request by you to terminate your Agreement. If you choose to port less than all your numbers, or you leave any Services connected, then we will continue to bill you for the numbers and/or Services still connected.

**8. Termination by Us.**

Provisioning of the Service is subject to the availability of the requisite equipment and facilities. We may limit, interrupt, suspend, terminate, or refuse to provide a Service if:

- you do not honor any provision of this Agreement;
- you use a Service in an adverse manner that affects Kinetic's network or other customers, you have used a Service fraudulently or unlawfully or are suspected of doing so, or there occurs an event for which Kinetic reasonably believes that the suspension or termination of Services is necessary to protect Kinetic, its employees or Kinetic's other customers from an imminent and significant operational, physical, financial or security risk, in which case Kinetic will provide advance notice if practicable;
- you modify your phone, or any software residing thereon, from the original manufacturer specifications, including for the purpose of accessing non-Kinetic services;
- you use a Service in a manner that is excessive or unreasonable when compared to the predominant usage patterns of other customers, on a similar service plan, in your geographic area (and we may, also, implement charges or change you to the appropriate rate plan consistent with such use);
- you resell any Service;
- for any other reason set forth in the relevant tariffs and price lists or terms and conditions;
- you do not pay any amount due to us or billed by us on behalf of others, including disputed amounts that Kinetic determines are valid charges on your bills and any deposits or advanced payments that Kinetic may require;
- facilities or property associated with providing the Services have been condemned, or use has been prohibited by the government in any manner;
- you fail to acquire and maintain the right-of-way or property access necessary for installation or maintenance of Services;
- you are insolvent, have made an assignment for the benefit of credits, or you have filed or had filed against you a petition for bankruptcy;
- we determine in our sole discretion that facilities are not technically or economically feasible, including if copper or fiber facilities are no longer available to Kinetic at reasonable rates or are not available for any reason, including, but not limited to, regulatory changes or retirement of copper plant pursuant to FCC rules;
- you make nuisance calls, impersonate another person, use obscene or profane language or are verbally or physically abusive or harassing when interacting with Kinetic representatives, Kinetic may in its sole discretion but, is not required to provide advanced notice or warning; or
- you fail to comply with any law, or regulation, including but not limited to any applicable regulations and do not cure such failure of compliance within ten (10) days of receiving notice from Kinetic.

We may restore such interrupted or terminated Service, in our sole discretion, following your correction of the violation and payment of any amounts due (including any restoration charge we assess for restoring your Service). Kinetic reserves the right to delete your windstream.net email account, without notice, if unused for one hundred and eighty (180) consecutive days. The contents of the email account will be unrecoverable once the account has been deleted.

**9. Personal Identifiers.**

We assign telephone numbers, e-mail addresses, IP addresses, and other personal identifiers in connection with the Services. You have no proprietary right to any such identifiers, and we reserve the right to change them upon notice to you. In the event that we allow you to transfer a personal identifier to another party to obtain any Services we provide you, we reserve the right, prior to honoring the request for transfer, to charge a fee for the transfer, and to collect any money owed for the Services.

**10. Disputed Bills.**

You must review bills in a timely manner. To dispute a bill, you must comply with the Dispute Resolution provisions in Section 3, and submit your dispute, in writing, within sixty (60) days after the date on the bill. You must pay any undisputed portion while your dispute is investigated. You accept all charges on your bill not disputed within sixty (60) days and must pay those charges.

**11. Company Provided and Owned Equipment.**

Any Equipment installed by us, on your premises, that is not the subject of a sale or lease to you (such as the CSU/DSU interface cards, Channel Bank, and router, if applicable) shall remain at all times our property. It shall remain in good condition, less normal wear and tear. If we do not have access to your premises within thirty (30) days after Services are terminated, then you shall reimburse us for the full purchase price of the equipment, as well as any attorney's fees and costs. You are responsible for all security measures over the Services, including, but not limited to, access to authorization codes or encryption you deem necessary or required. Once the Equipment is delivered to you, you bear the risk of loss.

**12. Disconnection of Current Provider; Special Construction; Third-Party Charges.**

You are solely responsible for disconnecting Services with your current service provider, and we are not responsible for any charges assessed against you by such provider. You shall pay all charges if we or a third-party provider is required to extend the demarcation point, undertake special construction, or non-routine installation for you. Unless we specifically agree—in writing—to undertake equipment installation and maintenance work, you are responsible for all charges assessed by your phone-system vendor and other third-parties in connection with the Services, and we shall have no responsibility for maintenance or repair of same.

**13. Access to Third-Party Services.**

You agree that the telephone line, on which your Services are activated, may not be used to access any third-party services equivalent to Services we provide or can make available, even if you declined to purchase such Services from us. Your telephone line contains programming designed to enable access to our Services only. You may not use any manual or electronic means to circumvent any restrictions placed on your telephone line to modify, without authorization, any programming supplied by us.

**14. Access and Installation; Repair and Maintenance.**

You agree that you are responsible for acquiring and maintaining the right-of-way necessary to allow installation and maintenance of Services. Failure to acquire and maintain necessary right-of-way may result in delay of installation or termination of Services by Kinetic. Upon notice, we may make tests and inspections to determine you are complying with the requirements of these terms, or for routine and emergency maintenance of the equipment and facilities. We may take action to protect our facilities and equipment. We may substitute, change, or rearrange any Equipment or facility at any time. We may limit or allocate use of existing facilities, when necessary, due to a lack of facilities or a cause beyond our reasonable control.

**15. Privacy and Customer Proprietary Network Information.**

You authorize us to monitor and record communications, from you to us, regarding your account or the Services, for purposes of quality assurance. For online orders, we may implement reasonable procedures, including, but not limited to, validating information provided by you or restricting the amount of Services purchased online. We reserve the right to cancel or reject online orders at any time for security or privacy reasons.

To provide Services to you, we maintain certain customer proprietary network information ("CPNI"). CPNI includes information that relates to the quantity, technical configuration, type, destination, location, and amount of use of any telecommunications Service we provide to you, and which we obtain because of the carrier-customer relationship between us. CPNI also includes information contained in your bill. We may use and share your CPNI without your permission for the following purposes:

- To protect our rights or property, or those of other customers or carriers, from fraudulent, abusive, or unlawful use of or subscription to the Services you get from us;
- To initiate, render, bill, and collect for your Services;
- To provide information telemarketing, referral, or administrative services to you, when you call us, if you give us permission to do so;
- To provide call location information regarding the user of a wireless mobile Service to certain other parties in an emergency situation;
- To provide information requested by law enforcement or a third-party pursuant to a subpoena or other method of requesting information. We will not give you notice of any subpoena or court or administrative orders related to your account, IP address, contact information, or use of Services unless required to do so by law.

If you do not want us to provide your information to other Kinetic entities, please notify us by calling Residential Support at 800-347-1991 or Business Support at 800-843-9214.

When you view your account information or shop for Services online, you agree that we may display your CPNI online, after proper verification by you, to fill orders or allow you to make account changes.

**16. Theft and Fraud.**

You agree to keep all passwords, Member ID's, IP addresses, and computer names confidential. If your Services are lost, stolen, or fraudulently used, then you are responsible for all usage incurred before we receive notice from you of such loss or theft. If we choose to pursue investigation or prosecution of the loss or theft, you agree to cooperate in the investigation of fraud or theft, and to provide us with such information and documentation as we may request (including affidavits and police reports).

**17. Limitation of Liability.**

**FOR PURPOSES OF THIS SECTION AND THE DISCLAIMER OF WARRANTIES AND EMERGENCY/CRITICAL LINES SECTIONS, "OUR" OR "WE" INCLUDES KINETIC'S OFFICERS, DIRECTORS, SHAREHOLDERS, EMPLOYEES, AGENTS, SUBCONTRACTORS, VENDORS, AND ANY ENTITY ON WHOSE BEHALF THE COMPANY RESELLS SERVICES. UNDER NO CIRCUMSTANCES WILL WE BE LIABLE FOR: ANY ACCIDENT OR INJURY CAUSED BY SERVICES; ANY DAMAGE OR LOSS RESULTING FROM THE INSTALLATION, MAINTENANCE, OR REMOVAL OF THE SERVICES; ANY INCIDENTAL, SPECIAL, OR CONSEQUENTIAL DAMAGES (SUCH AS LOST PROFITS, LOST BUSINESS OPPORTUNITIES, BUSINESS INTERRUPTION, AND LOSS OF BUSINESS DATA); ANY PUNITIVE OR EXEMPLARY DAMAGES; THE COST OF ALTERNATIVE SERVICE; OR FOR ANY SERVICE INTERRUPTIONS, DELAY, OR FAILURE TO PERFORM UNDER THIS AGREEMENT DUE TO CAUSES BEYOND OUR REASONABLE CONTROL. SUCH CAUSES INCLUDE, BUT ARE NOT LIMITED TO, STRIKES, LOCKOUTS, OTHER LABOR UNREST, NATURAL DISASTERS, ACTS OF GOD, CABLE CUTS, OR COMMON CARRIER DELAYS. YOU AGREE THAT THE PRICING OF SERVICES REFLECTS THE INTENT OF BOTH YOU AND US TO LIMIT OUR LIABILITY AS PROVIDED HEREIN.**

**18. Data Services.**

**YOU ACKNOWLEDGE THAT THE INTERNET IS A VOLATILE ENVIRONMENT AND EXCEPT AS OUTLINED IN OUR PRIVACY POLICY, WE ARE NOT LIABLE FOR CONFIDENTIAL INFORMATION STORED ON OR TRAVERSING OUR NETWORK. YOU MUST TAKE ALL APPROPRIATE PRECAUTIONS TO SECURE CONFIDENTIAL INFORMATION, INCLUDING ENCRYPTING, IF YOU DEEM NECESSARY.**

**19. Disclaimer of Warranties.**

**THE SERVICES ARE PROVIDED ON AN "AS-IS" AND "AS-AVAILABLE" BASIS, WITHOUT WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO: WARRANTIES OF TITLE OR NON-INFRINGEMENT; IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE; WARRANTY ARISING BY COURSE OF TRADE, COURSE OF DEALING, OR COURSE OF PERFORMANCE; ANY WARRANTY THAT THE SERVICES WILL MEET CUSTOMER'S REQUIREMENTS; OR ANY WARRANTY REGARDING THE QUALITY, CONTENT, ACCURACY, OR VALIDITY OF THE INFORMATION OR DATA RESIDING ON, PASSING THROUGH, OR OVER THE NETWORK. ALL SUCH WARRANTIES ARE HEREBY DISCLAIMED. WITHOUT LIMITING THE FOREGOING, BROADBAND SPEEDS, TRANSMISSION QUALITY, NETWORK SECURITY OR RELIABILITY, AND ACCURACY OF ANY DIRECTORY LISTINGS ARE NOT GUARANTEED. NO ORAL OR WRITTEN ADVICE OR INFORMATION BY COMPANY'S EMPLOYEES, AGENTS, OR CONTRACTORS SHALL CREATE A WARRANTY, AND CUSTOMER MAY NOT RELY ON ANY SUCH INFORMATION. KINETIC DOES NOT GUARANTEE YOUR SERVICE CAN OR WILL BE INSTALLED BY A PARTICULAR DATE. ANY INSTALLATION DATE PROVIDED IS ONLY AN ESTIMATE.**

**20. Indemnification.**

You agree to indemnify and hold Kinetic and its subsidiaries, affiliates, officers, agents, co-branders, licensors or other partners, and employees harmless from any claim or demand, including those for reasonable attorneys' fees or those made by any third-party due to or arising out of: content you submit; post; transmit; or otherwise make available through the Service, your use of the Service, your connection to the Service, your violation of this Agreement, including, without limitation, the Acceptable Use Policy, or your violation of any rights of another.

You acknowledge that you are responsible for all use of the Service, by your account (including use by subaccounts), and that this Agreement and incorporated policies, as they may change from time to time, applies to all usage of your account. You agree to abide by these terms, and you agree to defend, hold harmless, and indemnify Kinetic from and against all claims stemming from usage of this account and any subaccounts, whether or not such usage is expressly authorized by you.

**21. Emergency/Critical Lines.**

**CUSTOMER ACKNOWLEDGES THAT CERTAIN SERVICES MAY NOT PROVIDE ACCESS TO 911, OR TRANSMIT THE LOCATION OR EXTENSION, IF CUSTOMER ATTEMPTS TO ACCESS 911 IN AN EMERGENCY.** If your voice Services are provided via an internet connection (e.g., voice over Internet protocol (VoIP), Centrex, and private branch exchange), the Services are different from traditional voice services and require both electrical power and broadband function. The Services will not function if power is lost, if there is a disruption to the broadband connection, if the network is congested, or if your account has been suspended. You expressly acknowledge that in such instances You or anyone using Your Services will not be able to place or receive calls including calls to emergency 911 services and that communications between a home security system and home security monitoring service will not function. Kinetic strongly recommends you maintain an alternative means of accessing 911 Services and that you purchase a battery backup for use with your Services during power outages.

**22. Changes to these Terms and Conditions.**

**We may make changes to these Terms, Service-Specific Terms, and any other terms referenced herein and incorporated into the Agreement, including any change in any charge or fee, and the imposition of a new charge or fee, at any time, if we give you notice of the change**. If we make a change to the Agreement that is material, and you do not wish to accept such material change, then you may terminate the affected Service by giving us thirty (30) days' written notice, in which case you will not be subject to an early cancellation fee. You will, however, still be responsible for all charges for Services provided before you terminated your Agreement. A material change is ONLY a change that (a) terminates or substantially reduces the availability of a Service for you or (b) results in the increase of any charge by more than ten percent (10%) of the monthly access charge for that Service. Material changes in your Service DO NOT include the increase in or imposition of (1) any charge required to be collected by any governmental authority (such as taxes or surcharges) or (2) any charge not prohibited by any governmental authority to recoup our expense incurred to comply with a governmental requirement.

**23. Applicable Law.**

Your Agreement and our provision of Services to you are subject to (a) the laws of the state identified in the billing address that you have provided us and (b) any applicable federal laws, including, but not limited to, the Federal Arbitration Act, 9 U.S.C. § 1 et seq. In the event of an inconsistency between any governmental requirement and these Terms regarding the provision of a Service that is subject to the governmental requirement, the provisions of the governmental requirement will apply to the extent necessary to avoid the inconsistency.

**24. Assignment.**

We may assign this Agreement to another entity without any advance consent from or notice to you. You may not assign this Agreement without our consent.

**25. No Waiver; Severability.**

If we do not enforce any right or remedy available under this Agreement, that failure is not a waiver. If any part of this Agreement is held invalid or unenforceable, the remainder of this Agreement will remain in force.

# ATTACHMENT C

[redacted]

**From:** DoNotReply@gokinetic.com
**Sent:** Tuesday, June 16, 2026 4:45 PM
**To:** [redacted]
**Subject:** Kinetic Order Confirmation

**This Message Is From an External Sender**

This message came from outside your organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Report Suspicious

kinetic

**Order Number:**[redacted]

**Order Details**

1 Order Received — 2 Order Confirmed — 3 Order Ready for Installation — 4 Order Complete

# Welcome to ultra-fast, ultra-reliable internet.



Hi, [redacted]!

Time to get excited — your Kinetic Internet service with Whole Home Wi-Fi Set Up is scheduled for:

**Jun 26, 2026 between 10:00 AM and 12:00 PM.**

Your technician will call you at (828) 785-3303 the morning of your appointment when they are on their way.

Review your order details, and click the button below to download Go Kinetic to complete and manage your account.

Get started

**Name:** [redacted]
**Contact Number:** [redacted]
**Email:** [redacted]

**Billing Address:** [redacted]
**Order Number:** [redacted]
**Service Installation Date:** [redacted]
**Service Address:** [redacted]

## Order Details:

| Internet | Cost |
| --- | --- |
| [redacted] | [redacted] |

| Additional Services | Cost |
| --- | --- |
| [redacted] | [redacted] |

| One-Time Charges and Credits | Cost |
| --- | --- |
| [redacted] | [redacted] |

**TOTAL FIRST BILL (taxes & fees not included)** [redacted]

[redacted]

[redacted]

**Sign up for AutoPay and save**
Don't forget to sign up for AutoPay to get your **$5 credit** as long as you stay enrolled.

# Internet better with unlimited rewards.

For every successful referral, you and your friend get a $100 reward.*

**Claim your offer**

*Referrer receives a $100 Kinetic Reward Prepaid Mastercard® and the referred customer gets a $100 Kinetic bill credit.




Privacy Policy | Terms & Conditions | Legal Notices

Please do not reply to this email, as this address is not monitored.
Chat with us at Go Kinetic. We're here to help you internet better.

This email was sent by: Kinetic, 2101 Riverfront Dr., Little Rock, AR 72202.

[redacted]

**© Copyright 2026. All rights reserved Uniti Group, Inc. Kinetic is a registered service mark or trademark of Uniti Group, Inc.**

80117EA1-541-1

# ATTACHMENT D

kinetic



# moving?

**Take Kinetic with you and get new customer pricing.**

If you're moving to a Kinetic service area, you can bring your internet with you and save with new customer pricing.

**no starting over. no downtime. just savings.**

**Call 855-614-2867**

**Scan the code or visit gokinetic.com/residential/moving**

| Account number | Telephone number | Invoice date |
|---|---|---|
| [redacted] | [redacted] | May 13, 2026 |

Please call Windstream Enterprise toll free or visit our website.
For Sales/Billing/Account Changes: 1-800-347-1991
For Repair/Technical Support: 1-800-347-1991
Website: my.gokinetic.com

[redacted]

## Account Summary

| | |
|---|---|
| Previous Bill | $100.74 |
| Payments/Adjustments thru 05/11 | $100.74 CR |
| Amount Previously Due | $.00 |
| Current Charges Due - 06/03/26 | $109.30 |
| **Total Amount Due** | **$109.30** |

## Pay My Bill

**GO KINETIC APP or ONLINE:**
Easily view and pay your bill, set up AutoPay, sign up for Paperless Billing, and more. Go to my.gokinetic.com, or download our mobile app by scanning the QR code or visiting Google Play or the App Store.
**MAIL:**
Send your check & payment slip to the below address.
**BY PHONE:**
For automated payments or to speak with a representative, call us at 1-800-347-1991.
**CONVENIENCE FEE:**
A convenience fee will be assessed on all card payments to cover the administrative costs of processing payments. No part of this fee goes to Windstream.

Detach and return this payment slip with your check payable to GEORGIA WINDSTREAM, LLC.

kinetic

ATTN: SUPPORT SERVICES
131 W MATTHEWS ST.
MATTHEWS, NC 28105

Address Service Requested

| Account number | Telephone number | Due date |
|---|---|---|
| [redacted] | [redacted] | June 03, 2026 |
| | Amount Due | **$109.30** |
| Payment enclosed | $ . | |

555 071783393 2

**Your credit card will be charged on 06/03/26 for $109.30**

[redacted]

UNITI
P O BOX 9001908
LOUISVILLE, KY 40290-1908

☐ Check here for address changes noted on reverse side.

7000555000000007178339332605100000001093045

go kinetic

# Pay Your Kinetic Bill Your Way

Online account management has never been easier. With Go Kinetic, **you can pay your bill online, set up AutoPay** or **Paperless Billing**. Create your Go Kinetic password today at my.gokinetic.com.

You'll have the freedom and ability to access, update and manage your account online – anytime, anywhere. With Go Kinetic, you can:

- View and pay your bill online
- Live chat
- Track your order & support requests
- Easily manage your Wi-Fi password, access and more
- Get the latest in special offers

**Download the Go Kinetic app!**

**Scan here for the mobile app**
**Or visit my.gokinetic.com**

Use of Service
Use of the Services constitutes your agreement to Windstream's Terms and Conditions maintained at windstream.com/terms, or you may request a copy by calling the number at the top of the bill. See "Windstream Customer Message" section on this bill for any recent changes to Windstream's Terms and Conditions. If you are a business customer with an existing contract, those contract terms will control.

Important Information for Customers Paying by Check
Windstream may convert your payments by check to an electronic Automated Clearinghouse (ACH) debit transaction. The debit transaction will appear on your bank statement, although your check will not be presented to your financial institution or returned to you. This ACH debit transaction will not enroll you in any Windstream automatic debit process and will only occur each time a check is received. Any resubmissions due to insufficient funds may also occur electronically.

Please be aware that all checking transactions will remain secure, and payment by check constitutes acceptance of these terms.

We value your business and appreciate you selecting Windstream as your telecommunications provider.

Informacion importante para los clientes que pagan por cheque
Windstream puede convertir sus pagos por cheque a una transaccion electronica automatica de debito (ACH en ingles). La transaccion del debito aparecera en su estado de cuenta del banco, aunque no se presentara su cheque a su institucion financiera ni se le devolvera a usted. Esta transaccion electronica automatica de debito no le inscribira a usted en ningun proceso de debito automatico de Windstream y solamente ocurrira cada vez que se riciba un cheque. Cualquier reentrega debida a fondos insuficientes tambien podra ocurrir electronicamente.

Por favor tenga en cuenta que todas las transacciones de la cuenta corriente seran seguras y el pago por cheque constituye la aceptacion de estas condiciones.

Agradecemos que sea nuestro cliente y apreciamos que haya elegido a Windstream como su proveedor de telecomunicaciones.

**eCheck authorization:** By entering the 5-digit zip code from my bill when paying by phone, I hereby authorize Windstream and the financial institution designated by me to charge the account I have specified for payment of my Windstream services. I understand that a fee will be charged to my Windstream account for each request returned unpaid. If two requests are returned unpaid, I will be excluded from this option. In addition, I understand that Windstream and the financial institution reserve the right to terminate this payment option. This authorization can be revoked by notifying Windstream at the customer service number listed on my bill prior to 4:00 P.M. EST on my specified payment date.

For a complete description of fees and taxes included on your bill, please visit windstream.com/billinfo.
Para obtener una descripción completa de las tarifas e impuestos incluidos en su factura, visite windstream.com/billinfo.

Return this portion with your payment.

Change of Address Effective Date ___ / ___ / ___

Name ______________________________

Attention ______________________________

New Address ______________________________ Apt/Suite# ____________

City ______________________________ State _____ Zip ____________

Business Phone ______________________________ Home Phone ______________________________

Windstream representatives are happy to answer your questions or concerns related to billing or service. To contact us, please call the number located at the top of page one. To view customer service hours by state and answers to FAQs, visit windstream.com/support.

WSM-146666

kinetic

| Account number | Telephone number | Invoice date |
|---|---|---|
| [redacted] | [redacted] | May 13, 2026 |

## SUMMARY OF PAYMENTS AND ADJUSTMENTS

| | | |
|---|---|---|
| PAYMENTS -05/05/26 | 94.07 CR | |
| ADJUSTMENTS -04/20/26 | 6.67 CR | |
| ***TOTAL PAYMENTS AND ADJUSTMENTS*** | | ***100.74 CR*** |

## SUMMARY OF CURRENT CHARGES BY SERVICE PROVIDER

| | | |
|---|---|---|
| KINETIC INTERNET PLAN | 91.52 | |
| LOCAL CARRIER | 17.78 | |
| CURRENT CHARGES DUE 06/03/26 | | 109.30 |

## KINETIC INTERNET PLAN CHARGES

| | | |
|---|---|---|
| ***DISCOUNTS AND PROMOTIONS*** | | |
| 1 AUTO-PAY PROMOTIONAL CREDIT | 5.00 CR | |
| EXPIRES 99/99/99 | | |
| ***TOTAL DISCOUNTS*** | | ***5.00 CR*** |
| INTERNET SERVICES | | |
| 1 HIGH-SPEED INTERNET PLAN | 96.52 | |
| 1 UP TO 50MB (34MB - 72MB) | .00 | |
| TOTAL INTERNET | | 96.52 |
| ***TOTAL KINETIC INTERNET PLAN CHARGES*** | | ***91.52*** |

## LOCAL CARRIER CURRENT CHARGES

Service from 05/10/26 to 06/09/26

| | | |
|---|---|---|
| ***SERVICES*** | | |
| 1 BLOCK 9XX CALLS | .00 | |
| 1 MODEM RENTAL & PROTECTION | 10.99 | |
| 1 MODEM RENTAL CREDIT | 10.99 CR | |
| 1 PACKAGE INCLUDES: | .00 | |
| LOCAL MEASURED SERVICE LINE | | |
| ACCESS RECOVERY CHARGE | | |
| ACCESS CHARGE PER FCC ORDER | | |
| ***TOTAL SERVICES*** | | ***.00*** |
| ***DISCOUNTS AND PROMOTIONS*** | | |
| 1 CUSTOMER SERVICE CREDIT | 5.00 CR | |
| EXPIRES 06/16/26 | | |
| ***TOTAL DISCOUNTS*** | | ***5.00 CR*** |
| ***SURCHARGES AND OTHER FEES*** | | |
| 911 SERVICE FEE | 1.50 | |
| FEDERAL UNIVERSAL SERVICE FEE | 2.41 | |
| GA UNIVERSAL ACCESS FUND | .53 | |
| GEORGIA TRS SURCHARGE | .20 | |
| PAPER BILL CHARGE | 2.00 | |
| DEREGULATED ADMINISTRATION FEE | 13.99 | |
| ***TOTAL SURCHARGES AND OTHER FEES*** | | ***20.63*** |
| ***TAXES*** | | |
| FEDERAL TAX | .07 | |
| STATE TAX | 1.04 | |
| COUNTY TAX | 1.04 | |
| ***TOTAL TAXES*** | | ***2.15*** |
| ***TOTAL LOCAL CARRIER CHARGES*** | | ***17.78*** |

## DISH NETWORK SERVICES CUSTOMER MESSAGE

Non-payment of DISH Network Services may result in the disconnection of DISH Network Services.

## SERVICE PROVIDER(S)

Your Local carrier is*:

GEORGIA WINDSTREAM, LLC 1-800-347-1991

* If you have multiple telephone numbers, further information concerning long distance carrier assignments for those additional lines are on record with your local business office.

## REGULATORY INFORMATION

Failure to pay the total amount due for basic local service could result in suspension of those services and may be subject to collection actions. To avoid suspension of your basic local service, you must pay $ 3.03

Non-payment of all other non-basic services may result in the suspension of those services and may be subject to collection actions, but will not result in the suspension of your basic local service.

## IMPORTANT INFORMATION

This bill includes charges for:
912-487-2228

## CUSTOMER MESSAGE

Online payments must be made by 4:00 pm eastern time in order to post for the current day.

COMING THIS YEAR: A fresh new look to your Kinetic bill. To serve you better, we're upgrading to a new and improved billing system designed to provide a more seamless and intuitive experience. This enhancement will not impact your service or terms. To learn more, please visit www.windstream.com/yournewbill

A Convenience Fee of $2.30 is assessed on all payments made by credit or debit card, Venmo or PayPal to cover administrative costs of processing payment. No part of the Convenience Fee goes to Kinetic. Should you wish to avoid paying the Convenience Fee, please make your payments via electronic check or by mailing a check. You can update your payment method in Go Kinetic.

You have subscribed to Kinetic's dynamic High-Speed Internet plan. The Internet plan you have subscribed is provisioned as a range, with a minimum and maximum speed. The specific range was provided to you at the time of sale, you can also find it in the service description portion of this invoice. Kinetic has provisioned your location for the fastest speed available within your speed range but cannot guarantee the speed. See www.Kinetic.com for complete Terms and Conditions.

Kinetic reserves the right to delete your windstream.net email account, without notice, if unused for one hundred and eighty (180) consecutive days. The contents of the email account will be unrecoverable once the account has been deleted.

Kinetic is dedicated to delivering top-quality service and support. We offer the option to bill third-party services to your Kinetic account for convenience. However, we recognize this might not suit everyone. We encourage reviewing your bill monthly and reaching out with any questions about charges. To enhance control and security, we also provide a free option to block third-party charges on your bill, excluding Kinetic-related services you subscribe to. If you wish to activate this block, please contact a Kinetic representative using the phone number located on this bill.

NOTICE OF RATE CHANGE:

At Kinetic, our mission is to deliver top-tier services at competitive prices, ensuring you stay connected with family and friends. As part of our

| Account number | Telephone number | Invoice date |
| --- | --- | --- |
| [redacted] | [redacted] | May 13, 2026 |

## CUSTOMER MESSAGE (cont'd)

commitment to enhancing your overall experience, we occasionally need to update our product offerings and pricing. If you have any questions regarding your bill or wish to confirm that you are on the most suitable plan for your needs, please chat, email, or call us. We are here to help and happy to assist you.

Attention Internet Customers:
Please be advised, effective with your May 2026 bill, your Kinetic high-speed internet price will increase by $15.00 per month.

'Do Not Call' Registry

You can register your residential telephone number on the National Do Not Call Registry at no cost by telephone or by Internet.

To register by phone, call 1-888-382-1222 or (TTY) 1-866-290-4236. You must call from the phone number you wish to register.

To register by Internet, you can access the National Do Not Call Registry Web site at https://www.donotcall.gov/

After you register, other types of organizations may still call you, such as charities, political groups, debt collectors and surveys.

Registering your residential phone number is free, and it will remain on the National Do Not Call Registry permanently. You can remove your name from the registry at any time.

ANNUAL NOTICE OF TERMS AND CONDITIONS

Effective April 1, 2026, Kinetic Online Terms and conditions have been updated. To view the most up to date Online Terms and Conditions, please visit www.gokinetic.com/about/legal/terms-and-conditions. The terms and conditions by which certain, distinct products and services are provided can be found in the Product Specific Terms and Conditions for Services and/or Equipment Provided by Kinetic (https://gokinetic.com/kinetic-product-schedules) .

Continued use of any Kinetic services means you have agreed to the current Online Terms posted April 1, 2026. All previous versions of the Online Terms are void, including but not limited to, relevant sections that provided for the rejection of changes made to future versions of the Online Terms.

A $5.00 late payment collection fee and a 1.5 percent late payment charge will apply to any balances not paid by the due date. There will be a $30 charge for each returned check.

# ATTACHMENT E

kinetic

| Account number | Telephone number | Invoice date |
|---|---|---|
| [redacted] | 393-105-2572 | July 14, 2026 |

Please call Windstream Enterprise toll free or visit our website.
For Sales/Billing/Account Changes: 1-800-347-1991
For Repair/Technical Support: 1-800-347-1991
Website: my.gokinetic.com

ROSELIA GONZALEZ
[redacted]
ASHBURN GA 31714-5524

# your bill should run as automatically as your internet

enroll in AutoPay and let your bill take care of itself

**Monthly savings**
Save $5/month on your bill once you enroll.

**Convenience**
Payments are automatically handled each billing cycle.

**Simple Management**
Manage settings in the Go Kinetic portal and app.

Sign in at **my.gokinetic.com** or download the Go Kinetic app from the Apple App Store or Google Play.

AutoPay requires separate enrollment. Register for AutoPay through the Go Kinetic Portal [www.windstream.com/gokinetic] or by calling a service representative at 877-807-9463. After enrollment, $5 AutoPay bill credit may take up to two billing cycles to reflect on the bill.

**YOUR KINETIC BILL IS GETTING A FRESH NEW LOOK.**

Check out what to expect by scanning the QR code or visiting **www.gokinetic.com/yournewbill.**

## Account Summary

| | |
|---|---|
| Previous Bill | $66.32 |
| Payments/Adjustments thru 07/10 | $66.32 CR |
| Amount Previously Due | $.00 |
| Current Charges Due - 08/04/26 | $66.32 |
| **Total Amount Due** | **$66.32** |

## Pay My Bill

**GO KINETIC APP or ONLINE:**
Easily view and pay your bill, set up AutoPay, sign up for Paperless Billing, and more. Go to my.gokinetic.com, or download our mobile app by scanning the QR code or visiting Google Play or the App Store.
**MAIL:**
Send your check & payment slip to the below address.
**BY PHONE:**
For automated payments or to speak with a representative, call us at 1-800-347-1991.
**CONVENIENCE FEE:**
A convenience fee will be assessed on all card payments to cover the administrative costs of processing payments. No part of this fee goes to Windstream.

Detach and return this payment slip with your check payable to WINDSTREAM GEORGIA COMM., LLC.

kinetic

ATTN: SUPPORT SERVICES
131 W MATTHEWS ST.
MATTHEWS, NC 28105

Address Service Requested

| Account number | Telephone number | Due date |
|---|---|---|
| [redacted] | 393-105-2572 | August 04, 2026 |
| | Amount Due | $66.32 |

Payment enclosed $ .

555 073935877 0

**Your credit card will be charged on 08/04/26 for $66.32**

ROSELIA GONZALEZ
[redacted]
ASHBURN GA 31714-5524

UNITI
P O BOX 9001908
LOUISVILLE, KY 40290-1908

☐ Check here for address changes noted on reverse side.

[redacted]

go kinetic

# Pay Your Kinetic Bill Your Way

Online account management has never been easier. With Go Kinetic, **you can pay your bill online, set up AutoPay or Paperless Billing**. Create your Go Kinetic password today at my.gokinetic.com.

You'll have the freedom and ability to access, update and manage your account online – anytime, anywhere. With Go Kinetic, you can:

- View and pay your bill online
- Live chat
- Track your order & support requests
- Easily manage your Wi-Fi password, access and more
- Get the latest in special offers

**Download the Go Kinetic app!**

**Scan here for the mobile app**
**Or visit my.gokinetic.com**

Use of Service

Use of the Services constitutes your agreement to Windstream's Terms and Conditions maintained at windstream.com/terms, or you may request a copy by calling the number at the top of the bill. See "Windstream Customer Message" section on this bill for any recent changes to Windstream's Terms and Conditions. If you are a business customer with an existing contract, those contract terms will control.

Important Information for Customers Paying by Check

Windstream may convert your payments by check to an electronic Automated Clearinghouse (ACH) debit transaction. The debit transaction will appear on your bank statement, although your check will not be presented to your financial institution or returned to you. This ACH debit transaction will not enroll you in any Windstream automatic debit process and will only occur each time a check is received. Any resubmissions due to insufficient funds may also occur electronically.

Please be aware that all checking transactions will remain secure, and payment by check constitutes acceptance of these terms.

We value your business and appreciate you selecting Windstream as your telecommunications provider.

Informacion importante para los clientes que pagan por cheque

Windstream puede convertir sus pagos por cheque a una transaccion electronica automatica de debito (ACH en ingles). La transaccion del debito aparecera en su estado de cuenta del banco, aunque no se presentara su cheque a su institucion financiera ni se le devolvera a usted. Esta transaccion electronica automatica de debito no le inscribira a usted en ningun proceso de debito automatico de Windstream y solamente ocurrira cada vez que se riciba un cheque. Cualquier reentrega debida a fondos insuficientes tambien podra ocurrir electronicamente.

Por favor tenga en cuenta que todas las transacciones de la cuenta corriente seran seguras y el pago por cheque constituye la aceptacion de estas condiciones.

Agradecemos que sea nuestro cliente y apreciamos que haya elegido a Windstream como su proveedor de telecomunicaciones.

**eCheck authorization:** By entering the 5-digit zip code from my bill when paying by phone, I hereby authorize Windstream and the financial institution designated by me to charge the account I have specified for payment of my Windstream services. I understand that a fee will be charged to my Windstream account for each request returned unpaid. If two requests are returned unpaid, I will be excluded from this option. In addition, I understand that Windstream and the financial institution reserve the right to terminate this payment option. This authorization can be revoked by notifying Windstream at the customer service number listed on my bill prior to 4:00 P.M. EST on my specified payment date.

For a complete description of fees and taxes included on your bill, please visit windstream.com/billinfo.
Para obtener una descripción completa de las tarifas e impuestos incluidos en su factura, visite windstream.com/billinfo.

Return this portion with your payment.

Change of Address Effective Date ___ / ___ / ___

Name ______________________________

Attention ______________________________

New Address ______________________ Apt/Suite# __________

City ______________________ State _______ Zip __________

Business Phone ______________________ Home Phone __________

Windstream representatives are happy to answer your questions or concerns related to billing or service. To contact us, please call the number located at the top of page one. To view customer service hours by state and answers to FAQs, visit windstream.com/support.

WSM-146666

# ATTACHMENT F

kinetic

| Account number | Telephone number | Invoice date |
|---|---|---|
| [redacted] | 912-487-2228 | July 14, 2026 |

Please call Windstream Enterprise toll free or visit our website.
For Sales/Billing/Account Changes: 1-800-347-1991
For Repair/Technical Support: 1-800-347-1991
Website: my.gokinetic.com

NATHANIEL GRIFFIN
[redacted]
HOMERVILLE GA 31634-4505


# your bill should run as automatically as your internet

enroll in AutoPay and let your bill take care of itself

**Monthly savings**
Save $5/month on your bill once you enroll.

**Convenience**
Payments are automatically handled each billing cycle.

**Simple Management**
Manage settings in the Go Kinetic portal and app.

Sign in at **my.gokinetic.com** or download the Go Kinetic app from the Apple App Store or Google Play.

AutoPay requires separate enrollment. Register for AutoPay through the Go Kinetic Portal [www. windstream.com/gokinetic] or by calling a service representative at 877-807-9463. After enrollment, $5 AutoPay bill credit may take up to two billing cycles to reflect on the bill.

**YOUR KINETIC BILL IS GETTING A FRESH NEW LOOK.**

Check out what to expect by scanning the QR code or visiting **www.gokinetic.com/yournewbill.**


## Account Summary

| | |
|---|---|
| Previous Bill | $109.30 |
| Payments/Adjustments thru 07/10 | $109.30 CR |
| Amount Previously Due | $.00 |
| Current Charges Due - 08/04/26 | $114.30 |
| **Total Amount Due** | **$114.30** |

## Pay My Bill

**GO KINETIC APP or ONLINE:**
Easily view and pay your bill, set up AutoPay, sign up for Paperless Billing, and more. Go to my.gokinetic.com, or download our mobile app by scanning the QR code or visiting Google Play or the App Store.
**MAIL:**
Send your check & payment slip to the below address.
**BY PHONE:**
For automated payments or to speak with a representative, call us at 1-800-347-1991.
**CONVENIENCE FEE:**
A convenience fee will be assessed on all card payments to cover the administrative costs of processing payments. No part of this fee goes to Windstream.

Detach and return this payment slip with your check payable to GEORGIA WINDSTREAM, LLC.

kinetic

ATTN: SUPPORT SERVICES
131 W MATTHEWS ST.
MATTHEWS, NC 28105

Address Service Requested

| Account number | Telephone number | Due date |
|---|---|---|
| [redacted] | 912-487-2228 | August 04, 2026 |
| | Amount Due | **$114.30** |

Payment enclosed $ .

555 071783393 2

**Your credit card will be charged on 08/04/26 for $114.30**

NATHANIEL GRIFFIN
[redacted]
HOMERVILLE GA 31634-4505

UNITI
P O BOX 9001908
LOUISVILLE, KY 40290-1908

☐ Check here for address changes noted on reverse side.

[redacted]

go kinetic

# Pay Your Kinetic Bill Your Way

Online account management has never been easier. With Go Kinetic, **you can pay your bill online, set up AutoPay or Paperless Billing**. Create your Go Kinetic password today at my.gokinetic.com.

You'll have the freedom and ability to access, update and manage your account online – anytime, anywhere. With Go Kinetic, you can:

- View and pay your bill online
- Live chat
- Track your order & support requests
- Easily manage your Wi-Fi password, access and more
- Get the latest in special offers

**Download the Go Kinetic app!**

**Scan here for the mobile app**
**Or visit my.gokinetic.com**

Use of Service
Use of the Services constitutes your agreement to Windstream's Terms and Conditions maintained at windstream.com/terms, or you may request a copy by calling the number at the top of the bill. See "Windstream Customer Message" section on this bill for any recent changes to Windstream's Terms and Conditions. If you are a business customer with an existing contract, those contract terms will control.

Important Information for Customers Paying by Check
Windstream may convert your payments by check to an electronic Automated Clearinghouse (ACH) debit transaction. The debit transaction will appear on your bank statement, although your check will not be presented to your financial institution or returned to you. This ACH debit transaction will not enroll you in any Windstream automatic debit process and will only occur each time a check is received. Any resubmissions due to insufficient funds may also occur electronically.

Please be aware that all checking transactions will remain secure, and payment by check constitutes acceptance of these terms.

We value your business and appreciate you selecting Windstream as your telecommunications provider.

Informacion importante para los clientes que pagan por cheque
Windstream puede convertir sus pagos por cheque a una transaccion electronica automatica de debito (ACH en ingles). La transaccion del debito aparecera en su estado de cuenta del banco, aunque no se presentara su cheque a su institucion financiera ni se le devolvera a usted. Esta transaccion electronica automatica de debito no le inscribira a usted en ningun proceso de debito automatico de Windstream y solamente ocurrira cada vez que se riciba un cheque. Cualquier reentrega debida a fondos insuficientes tambien podra ocurrir electronicamente.

Por favor tenga en cuenta que todas las transacciones de la cuenta corriente seran seguras y el pago por cheque constituye la aceptacion de estas condiciones.

Agradecemos que sea nuestro cliente y apreciamos que haya elegido a Windstream como su proveedor de telecomunicaciones.

**eCheck authorization:** By entering the 5-digit zip code from my bill when paying by phone, I hereby authorize Windstream and the financial institution designated by me to charge the account I have specified for payment of my Windstream services. I understand that a fee will be charged to my Windstream account for each request returned unpaid. If two requests are returned unpaid, I will be excluded from this option. In addition, I understand that Windstream and the financial institution reserve the right to terminate this payment option. This authorization can be revoked by notifying Windstream at the customer service number listed on my bill prior to 4:00 P.M. EST on my specified payment date.

For a complete description of fees and taxes included on your bill, please visit windstream.com/billinfo.
Para obtener una descripción completa de las tarifas e impuestos incluidos en su factura, visite windstream.com/billinfo.

Return this portion with your payment.

Change of Address Effective Date ___ / ___ / ___

Name ______________________________

Attention ______________________________

New Address ______________________ Apt/Suite# __________

City ______________________ State ______ Zip __________

Business Phone ______________________ Home Phone __________

Windstream representatives are happy to answer your questions or concerns related to billing or service. To contact us, please call the number located at the top of page one. To view customer service hours by state and answers to FAQs, visit windstream.com/support.

WSM-146666

# ATTACHMENT G

kinetic

Windstream
ATTN: SUPPORT SERVICES
131 W Matthews St.
Matthews, NC 28105

| Account Number | Invoice Date | Total Amount Due |
|---|---|---|
| [redacted] | Jun 25, 2026 | $110.65 |

# Billing Invoice

Return Service Requested

| Invoice Number | Due Date | Amount Enclosed |
|---|---|---|
| 40824708 | Jul 18, 2026 | |

☐ Check here for change of address **(note changes below)**

DEBORAH PADGETT
[redacted]
DAWSONVILLE, GA 305345220

Remit Payment To:
Windstream
P.O. Box 9001013
Louisville, KY 40290-1013

[redacted]

*Please detach and return above portion with your payment*

kinetic

Windstream
ATTN: SUPPORT SERVICES
131 W Matthews St.
Matthews, NC 28105

| Account Number | Invoice Date | Total Amount Due |
|---|---|---|
| [redacted] | Jun 25, 2026 | $110.65 |

## Account Summary - Invoice 40824708

| | |
|---|---|
| Previous Total | $117.41 |
| Payments Applied - Thank You | ($117.41) |
| Internet Plan | $96.62 |
| Additional Services | $10.99 |
| Usage Charges | $0.00 |
| Credits | $0.00 |
| Other Charges | $2.00 |
| Taxes and Surcharges | $1.04 |
| **New Charges - Due by Jul 18, 2026** | **$110.65** |
| **TOTAL INVOICE AMOUNT** | **$110.65** |

## Contact Us

Billing & Repair: 1-800-347-1991
Online: my.gokinetic.com

go kinetic
Your Kinetic account at your fingertips – accessible anytime, anywhere.
Download the Go Kinetic mobile app today!
Scan Here
Download on the App Store
ANDROID APP ON Google play

## Important Messages

**CONVENIENCE FEE**
A convenience fee will be assessed on all card payments to cover the administrative costs of processing payments. No part of this fee goes to Kinetic.

**Georgia Relay 7-1-1**
Georgia Relay is a FREE public service that connects people who are deaf, hard of hearing, Deaf Blind or speech disabled and use a TTY (text telephone) or other assistive device with standard phone users, relaying the conversation between both parties. The service can be accessed 24 hours a day, seven days a week, and free equipment is available to those who qualify.

Georgia Relay allows for communication between people with hearing or speech disabilities and standard telephone users primarily through use of one of four methods: a traditional Relay (text telephone) call, Internet Relay, CapTel telephone or Video Relay Service (VRS).

Anyone may initiate a Georgia Relay call, by dialing 7-1-1.

www.GeorgiaRelay.org
1-866-694-5824(Voice/TTY)

**PAPER BILL FEE**
Starting with your next bill, the paper bill fee will increase from $2 to $4 per month. To avoid this fee, you can switch to paperless billing anytime through Go Kinetic at mygokinetic.com, by chatting with us, or by calling the number on your invoice.

**LATE PAYMENT FEE**
A $5.00 late payment collection fee and a 1.5 percent late payment charge will apply to any balances not paid by the due date. There will be a $30 charge for each returned check.

(Additional Messages found on page 2)

kinetic

**Important Information for Customers Paying by Check:**
Windstream may convert your payments by check to an electronic Automated Clearinghouse (ACH) debit transaction. The debit transaction will appear on your bank statement, although your check will not be presented to your financial institution or returned to you. This ACH debit transaction will not enroll you in any Windstream automatic debit process and will only occur each time a check is received. Any resubmissions due to insufficient funds may also occur electronically.

Please be aware that all checking transactions will remain secure, and payment by check constitutes acceptance of these terms.

**Informacion importante para los clientes que pagan por cheque:**
Windstream puede convertir sus pagos por cheque a una transaccion electronica automatica de debito (ACH en ingles). La transaccion del debito aparecera en su estado de cuenta del banco, aunque no se presentara su cheque a su institucion financiera ni se le devolvera a usted. Esta transaccion electronica automatica de debito no le inscribira a usted en ningun proceso de debito automatico de Windstream y solamente ocurrira cada vez que se riciba un cheque. Cualquier reenvio debido a fondos insuficientes tambien puede ocurrir electronicamente.

Por favor tenga en cuenta que todas las transacciones de la cuenta corriente seran seguras y el pago por cheque constituye la aceptacion de estas condiciones.

**eCheck Authorization:**
By entering the 5-digit zip code from my bill when paying by phone, I hereby authorize Windstream and the financial institution designated by me to charge the account I have specified for payment of my Windstream services. I understand that a fee will be charged to my Windstream account for each request returned unpaid. If two requests are returned unpaid, I will be excluded from this option. In addition, I understand that Windstream and the financial institution reserve the right to terminate this payment option. This authorization can be revoked by notifying Windstream at the customer service number listed on my bill prior to 4:00 P.M. EST on my specified payment date.

To ensure payment is processed before the due date, please allow at least seven (7) business days for mail delivery.

## Important Information

Use of the Services constitutes your agreement to Windstream's Terms and Conditions maintained at windstream.com/terms or you may request a copy by calling the billing number found on the first page. See the "Important Messages" section on this bill for any recent changes to Windstream's Terms and Conditions. If you are a business customer with an existing contract, those contract terms will control.

For a complete description of fees and taxes included on your bill, please visit windstream.com/billinfo
Para obtener una descripcion completa de las tarifas e impuestos incluidos en su factura, visite windstream.com/billinfo

***:** Indicates a payphone surcharge has been added to the call.

**^:** Indicates a pre-rated operator assisted call.

## Additional Messages

**ONLINE PAYMENTS**
Online payments must be made by 4:00 pm eastern time in order to post for the current day.

**HOW TO REACH OUR CUSTOMER CARE CENTER**
We are committed to answering your questions about our service, explaining all aspects of your monthly bill, and providing you with the personal attention you deserve. To contact Kinetic, please refer to the "Contact Us" section on this page. Our Care representatives are available Monday - Friday, 7 a.m. to 8 p.m. EST, and on Saturdays, 8:30 a.m. to 5 p.m. EST, for all billing, order, and general questions. For repair questions and support, please contact a Repair Center representative, available 24/7.

**THANK YOU**
Thank you for choosing Kinetic as your communications service provider. We value you as our customer and appreciate your business.

# ATTACHMENT H

No Print Bill Due to NOP Trait



kinetic

| Account number | Telephone number | Invoice date |
|---|---|---|
| [redacted] | 394-112-4074 | December 03, 2025 |

Please call Windstream Enterprise toll free or visit our website.
For Sales/Billing/Account Changes: 1-800-347-1991
For Repair/Technical Support: 1-800-347-1991
Website: windstream.com

MICHELLE COX
[redacted]
PERRY GA 31069-8506



# don't miss our best deals

**stay connected and stay in the know by logging into Go Kinetic today**

Scan here, sign in at **my.gokinetic.com,** or download the Go Kinetic app from the Apple App Store or Google Play

**follow these quick steps:**

- Update your email and contact number
- Choose your alert preferences
- Get personalized offers and timely updates
- Turn on billing and account notifications
- Enroll in AutoPay and paperless billing

**YOUR KINETIC BILL IS GETTING A FRESH NEW LOOK.**

Check out what to expect by scanning the QR code or visiting **www.windstream.com/yournewbill.**

## Account Summary

| | |
|---|---|
| Previous Bill | $164.31 |
| Payments/Adjustments thru 12/01 | $.00 |
| Amount Previously Due - DUE IMMEDIATELY | $164.31 |
| Current Charges Due - 12/24/25 | $144.77 |
| **Total Amount Due** | **$309.08** |

## Pay My Bill

**GO KINETIC APP or ONLINE:**
Easily view and pay your bill, set up AutoPay, sign up for Paperless Billing, and more. Go to my.gokinetic.com, or download our mobile app by scanning the QR code or visiting Google Play or the App Store.
**MAIL:**
Send your check & payment slip to the below address.
**BY PHONE:**
For automated payments or to speak with a representative, call us at 1-800-347-1991.
**CONVENIENCE FEE:**
A convenience fee will be assessed on all card payments to cover the administrative costs of processing payments. No part of this fee goes to Windstream.

Detach and return this payment slip with your check payable to WINDSTREAM GEORGIA COMM., LLC.

☐ Yes! I am interested in Windstream High-Speed Internet. Please contact me.

kinetic

ATTN: SUPPORT SERVICES
131 W MATTHEWS ST.
MATTHEWS, NC 28105

Address Service Requested

| Account number | Telephone number | Due date |
|---|---|---|
| [redacted] | 394-112-4074 | December 24, 2025 |
| | Amount Due | $309.08 |
| Payment enclosed | $ . | |

555 074111109 5

**Your credit card will be charged on 12/24/25 for $309.08**

MICHELLE COX
[redacted]
PERRY GA 31069-8506

WINDSTREAM
PO BOX 9001908
LOUISVILLE, KY 40290-1908

☐ Check here for address changes noted on reverse side.

[redacted]

go kinetic

# Pay Your Kinetic Bill Your Way

Online account management has never been easier. With Go Kinetic, **you can pay your bill online, set up AutoPay or Paperless Billing**. Create your Go Kinetic password today at my.gokinetic.com.

You'll have the freedom and ability to access, update and manage your account online – anytime, anywhere. With Go Kinetic, you can:

- View and pay your bill online
- Live chat
- Track your order & support requests
- Easily manage your Wi-Fi password, access and more
- Get the latest in special offers

**Download the Go Kinetic app!**

**Scan here for the mobile app**
**Or visit my.gokinetic.com**

Use of Service
Use of the Services constitutes your agreement to Windstream's Terms and Conditions maintained at windstream.com/terms, or you may request a copy by calling the number at the top of the bill. See "Windstream Customer Message" section on this bill for any recent changes to Windstream's Terms and Conditions. If you are a business customer with an existing contract, those contract terms will control.

Important Information for Customers Paying by Check
Windstream may convert your payments by check to an electronic Automated Clearinghouse (ACH) debit transaction. The debit transaction will appear on your bank statement, although your check will not be presented to your financial institution or returned to you. This ACH debit transaction will not enroll you in any Windstream automatic debit process and will only occur each time a check is received. Any resubmissions due to insufficient funds may also occur electronically.

Please be aware that all checking transactions will remain secure, and payment by check constitutes acceptance of these terms.

We value your business and appreciate you selecting Windstream as your telecommunications provider.

Informacion importante para los clientes que pagan por cheque
Windstream puede convertir sus pagos por cheque a una transaccion electronica automatica de debito (ACH en ingles). La transaccion del debito aparecera en su estado de cuenta del banco, aunque no se presentara su cheque a su institucion financiera ni se le devolvera a usted. Esta transaccion electronica automatica de debito no le inscribira a usted en ningun proceso de debito automatico de Windstream y solamente ocurrira cada vez que se riciba un cheque. Cualquier reentrega debida a fondos insuficientes tambien podra ocurrir electronicamente.

Por favor tenga en cuenta que todas las transacciones de la cuenta corriente seran seguras y el pago por cheque constituye la aceptacion de estas condiciones.

Agradecemos que sea nuestro cliente y apreciamos que haya elegido a Windstream como su proveedor de telecomunicaciones.

**eCheck authorization:** By entering the 5-digit zip code from my bill when paying by phone, I hereby authorize Windstream and the financial institution designated by me to charge the account I have specified for payment of my Windstream services. I understand that a fee will be charged to my Windstream account for each request returned unpaid. If two requests are returned unpaid, I will be excluded from this option. In addition, I understand that Windstream and the financial institution reserve the right to terminate this payment option. This authorization can be revoked by notifying Windstream at the customer service number listed on my bill prior to 4:00 P.M. EST on my specified payment date.

For a complete description of fees and taxes included on your bill, please visit windstream.com/billinfo.
Para obtener una descripción completa de las tarifas e impuestos incluidos en su factura, visite windstream.com/billinfo.

Return this portion with your payment.

Change of Address Effective Date ___ / ___ / ___

Name ______________________________

Attention ______________________________

New Address ______________________________ Apt/Suite# ____________

City ______________________________ State ______ Zip ____________

Business Phone ____________________ Home Phone ____________________

Windstream representatives are happy to answer your questions or concerns related to billing or service. To contact us, please call the number located at the top of page one. To view customer service hours by state and answers to FAQs, visit windstream.com/support.

WSM-146666

# ATTACHMENT I

kinetic

| Account number | Telephone number | Invoice date |
|---|---|---|
| [redacted] | 706-539-2053 | June 24, 2026 |

Please call Windstream Enterprise toll free or visit our website.

| | |
|---|---|
| For Sales/Billing/Account Changes: | 1-800-347-1991 |
| For Repair/Technical Support: | 1-800-347-1991 |
| Website: | my.gokinetic.com |

MILTON KING
[redacted]
CHICKAMAUGA GA 30707-2510

**earn rewards with Refer & Earn**

Scan to get started or visit my.gokinetic.com

get up to a **$250** reward card for each successful referral.

Plus, the referred customer receives $250 bill credit.*

**How to start earning today:**

- Log into your Go Kinetic account and visit the Refer & Earn tab
- Find your unique code to share via text, email, or social media
- Earn a $250 reward card for every referral that completes qualifying activation

*Once qualified plan has been activated and in good standing for at least 90 days. For complete terms and conditions visit https://www.gokinetic.com/support/my-account/referrals/refer-a-friend-terms-conditions

**YOUR KINETIC BILL IS GETTING A FRESH NEW LOOK.**

Check out what to expect by scanning the QR code or visiting **www.gokinetic.com/yournewbill.**

BRE

## Account Summary

| | |
|---|---|
| Previous Bill | $122.96 |
| Payments/Adjustments thru 06/22 | $122.96 CR |
| Amount Previously Due | $.00 |
| Current Charges Due - 07/15/26 | $122.96 |
| **Total Amount Due** | **$122.96** |

## Pay My Bill

**GO KINETIC APP or ONLINE:**
Easily view and pay your bill, set up AutoPay, sign up for Paperless Billing, and more. Go to my.gokinetic.com, or download our mobile app by scanning the QR code or visiting Google Play or the App Store.

**MAIL:**
Send your check & payment slip to the below address.

**BY PHONE:**
For automated payments or to speak with a representative, call us at 1-800-347-1991.

**CONVENIENCE FEE:**
A convenience fee will be assessed on all card payments to cover the administrative costs of processing payments. No part of this fee goes to Windstream.

Detach and return this payment slip with your check payable to GEORGIA WINDSTREAM, LLC.

kinetic

ATTN: SUPPORT SERVICES
131 W MATTHEWS ST.
MATTHEWS, NC 28105

Address Service Requested

| Account number | Telephone number | Due date |
|---|---|---|
| [redacted] | 706-539-2053 | July 15, 2026 |
| | Amount Due | **$122.96** |
| Payment enclosed | $ . | |

555 070390952 7

MILTON KING
[redacted]
CHICKAMAUGA GA 30707-2510

UNITI
P O BOX 9001908
LOUISVILLE, KY 40290-1908

☐ Check here for address changes noted on reverse side.

[redacted]

go kinetic

# Pay Your Kinetic Bill Your Way

Online account management has never been easier. With Go Kinetic, **you can pay your bill online, set up AutoPay or Paperless Billing**. Create your Go Kinetic password today at my.gokinetic.com.

You'll have the freedom and ability to access, update and manage your account online – anytime, anywhere. With Go Kinetic, you can:

- View and pay your bill online
- Live chat
- Track your order & support requests
- Easily manage your Wi-Fi password, access and more
- Get the latest in special offers

**Download the Go Kinetic app!**

**Scan here for the mobile app**
**Or visit my.gokinetic.com**

Use of Service
Use of the Services constitutes your agreement to Windstream's Terms and Conditions maintained at windstream.com/terms, or you may request a copy by calling the number at the top of the bill. See "Windstream Customer Message" section on this bill for any recent changes to Windstream's Terms and Conditions. If you are a business customer with an existing contract, those contract terms will control.

Important Information for Customers Paying by Check
Windstream may convert your payments by check to an electronic Automated Clearinghouse (ACH) debit transaction. The debit transaction will appear on your bank statement, although your check will not be presented to your financial institution or returned to you. This ACH debit transaction will not enroll you in any Windstream automatic debit process and will only occur each time a check is received. Any resubmissions due to insufficient funds may also occur electronically.

Please be aware that all checking transactions will remain secure, and payment by check constitutes acceptance of these terms.

We value your business and appreciate you selecting Windstream as your telecommunications provider.

Informacion importante para los clientes que pagan por cheque
Windstream puede convertir sus pagos por cheque a una transaccion electronica automatica de debito (ACH en ingles). La transaccion del debito aparecera en su estado de cuenta del banco, aunque no se presentara su cheque a su institucion financiera ni se le devolvera a usted. Esta transaccion electronica automatica de debito no le inscribira a usted en ningun proceso de debito automatico de Windstream y solamente ocurrira cada vez que se riciba un cheque. Cualquier reentrega debida a fondos insuficientes tambien podra ocurrir electronicamente.

Por favor tenga en cuenta que todas las transacciones de la cuenta corriente seran seguras y el pago por cheque constituye la aceptacion de estas condiciones.

Agradecemos que sea nuestro cliente y apreciamos que haya elegido a Windstream como su proveedor de telecomunicaciones.

**eCheck authorization:** By entering the 5-digit zip code from my bill when paying by phone, I hereby authorize Windstream and the financial institution designated by me to charge the account I have specified for payment of my Windstream services. I understand that a fee will be charged to my Windstream account for each request returned unpaid. If two requests are returned unpaid, I will be excluded from this option. In addition, I understand that Windstream and the financial institution reserve the right to terminate this payment option. This authorization can be revoked by notifying Windstream at the customer service number listed on my bill prior to 4:00 P.M. EST on my specified payment date.

For a complete description of fees and taxes included on your bill, please visit windstream.com/billinfo.
Para obtener una descripción completa de las tarifas e impuestos incluidos en su factura, visite windstream.com/billinfo.

Return this portion with your payment.

Change of Address Effective Date ___ / ___ / ___

Name ______________________________

Attention ______________________________

New Address ______________________ Apt/Suite# __________

City ______________________ State _______ Zip __________

Business Phone ______________________ Home Phone __________

Windstream representatives are happy to answer your questions or concerns related to billing or service. To contact us, please call the number located at the top of page one. To view customer service hours by state and answers to FAQs, visit windstream.com/support.

WSM-146666