**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ROSELIA GONZALEZ; JOSH BROTHEIM; NATHANIEL GRIFFIN; DEBBIE PADGETT; MICHELLE COX; and MILTON KING, On Behalf of Themselves and All Others Similarly Situated** **PLAINTIFFS**

**v.** **CASE NO. 4:26-cv-473-KGB**

**UNITI SERVICES, LLC d/b/a KINETIC** **DEFENDANT**

# REPLY IN SUPPORT OF UNITI SERVICES, LLC'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS

Defendant Uniti Services, LLC d/b/a Kinetic, for its Reply in Support of its Motion to Compel Arbitration and Stay Proceedings, states the following:

## INTRODUCTION

The inquiry before the Court is straightforward: does a valid agreement to arbitrate exist and, if it does, does the scope of that agreement encompass this dispute? The answer to both questions is yes. Kinetic and Plaintiffs formed a valid agreement to arbitrate, and their agreement encompasses this dispute.

The agreement to arbitrate is set forth in the Terms and Conditions.[1] The uncontroverted evidence reflects a record of repeated, multi-channel notices—during Plaintiffs' sign-up phone calls, in their sign-up confirmation emails, in their monthly invoices, and annually in a dedicated Annual Notice of Terms and Conditions, not to mention every time they visited Kinetic's website, which contained a cookie banner that incorporated the Terms and Conditions as well as persistent footer links to the same. Plaintiffs do not dispute the existence of *any* of these channels, and they

[1] Def.'s Mot. To Compel Arbitration (ECF Nos. 8), Ex. 1 (Declaration of Chris Duong), Attachment B (Terms and Conditions).

only dispute their receipt of *one* of the channels of communication. In fact, when given the opportunity to contest that they received notice through various methods, they declare under penalty of perjury only that they "do not recall" hearing about the Terms and Conditions *during their sign-up phone call*. *See* ECF Nos. 11-14 (Declarations of Gonzalez, Padgett, Cox, and Brotheim), ¶ 4. Plaintiffs' silence concerning the other forms of notice is a dispositive admission that they did in fact receive those forms of notice. As a result, there is no dispute that Plaintiffs received multiple forms of notice of the Terms and Conditions. Moreover, Plaintiffs' continued use of Kinetic's services in light of such notice constitutes valid acceptance of the Terms and Conditions.

Plaintiffs' claims also fall within the scope of the arbitration agreement. Much like their failure to contest the multiple ways that Kinetic notifies consumers of the Terms and Conditions, Plaintiffs decline to engage with the text of the arbitration clause found in Kinetic's Terms and Conditions, focusing on the Privacy Policy instead. They try to suggest that an EU-related disclaimer in the Privacy Policy somehow dictates the scope of the arbitration clause. But misdirection cannot change the fact that the arbitration clause—found in Kinetic's Terms and Conditions, not the Privacy Policy—broadly covers "any claim or controversy related in any way to Kinetic's Services, including charges for Services, Equipment, Service Order(s), or our agreements pursuant to these Terms or any other agreements." Duong Decl., Attachment B, § 3(a)(i). Because Kinetic and Plaintiffs formed a valid agreement to arbitrate and their agreement encompasses this dispute, the Court should grant Kinetic's Motion to Compel Arbitration.

## ARGUMENT

The Federal Arbitration Act reflects a "liberal federal policy favoring arbitration agreements," and the Court's inquiry under that statute is limited to two questions: whether a valid

agreement to arbitrate exists and, if so, whether it encompasses the dispute—with any doubt resolved in favor of arbitration. *Moses H. Cone Mem'l Hosp. v. Mercury Constr. Corp.*, 460 U.S. 1, 24 (1983). In considering these issues, "state contract law governs . . . whether an enforceable arbitration agreement exists between litigants," and federal law determines "whether the litigants' dispute falls within the scope of the arbitration agreement." *Donaldson Co v. Burroughs Diesel, Inc.*, 581 F.3d 726, 731 (8th Cir. 2009) (citing *Daisy Mfg. Co., Inc. v. NCR Corp.*, 29 F.3d 389, 392 (8th Cir. 1994)). Plaintiffs do not challenge the applicability of these standards.

## I. Plaintiffs Agreed to Arbitrate

Plaintiffs agreed to arbitrate the claims at issue in this lawsuit. A valid contract in Arkansas consists of (1) competent parties, (2) subject matter, (3) consideration, (4) mutual agreement, and (5) mutual obligations. *Leeper v. Altice USA, Inc.*, 722 F. Supp. 3d 893, 898-99 (W.D. Ark. 2024) There also must be "mutual assent between the parties—a so-called 'meeting of the minds.'" *Foster v. Walmart, Inc.*, 15 F.4th 860, 863 (8th Cir. 2021). Plaintiffs do not dispute that Kinetic's Terms and Conditions contain an arbitration agreement. Nor do they dispute that the requirements of competence, subject matter, consideration, or mutual obligations are met. They dispute only whether they manifested assent to arbitrate this case.

"[I]n Arkansas, parties may become bound by the terms of the contract even if they do not sign it, if their assent is otherwise indicated, such as by the acceptance of benefits under the contract or by the acceptance of the other's performance." *Leeper*, 722 F. Supp. 3d at 899 (quoting *Asbury Auto. Grp., Inc. v. McCain*, 2013 Ark. App. 338, at 6, 2013 WL 2285373). This rule applies so long as the terms are "effectively communicated." *Id.* (quoting *Erwin-Keith, Inc. v. Stewart*, 2018 Ark. App. 147, at 10, 546 S.W.3d 508, 512). Kinetic has effectively communicated

its Terms and Conditions perpetually on its website and in multiple other ways from the time a customer signs up for services and on at least a monthly basis thereafter.

**A. Customer Plaintiffs**

Each of the customer Plaintiffs has indicated their assent to the Terms and Conditions by accepting, activating, using, and continuing to use Kinetic's services—for months and even years in some instances. Despite their failure to recall being told about the Terms and Conditions, the undisputed evidence shows that Plaintiffs were on actual notice of Kinetic's Terms and Conditions once they signed up for services by phone. Customers "are advised verbally that the Terms and Conditions posted on Kinetic's website govern the service, and they are provided a link to the Terms and Conditions." Duong Decl. ¶ 14. As part of Kinetic's ordinary course of business, each time a customer signs up for services by phone, Kinetic verbally advises the customer that Kinetic's offers are subject to the Terms and Conditions and provides the website where the Terms can be found and reviewed. *Id.*; Supplemental Declaration of Chris Duong, attached herein as Exhibit 2, ¶ 3, Attachment J.

This verbal notification is more than sufficient under the governing law. *See, e.g.*, *Ballou v. Asset Mktg. Servs., LLC*, 46 F.4th 844, 860 (8th Cir. 2022) ("[E]ven if the representative did not specifically identify the arbitration clause, a general reference to the Terms and Conditions may provide inquiry notice[.]"). Plaintiffs' self-serving affidavits, stating nothing more than that they do not recall being told about the Terms and Conditions, are insufficient to generate a "genuine issue of material fact as to the validity of the Arbitration Agreement." *Holley v. Bitesquad.com LLC*, 416 F. Supp. 3d 809, 818 (E.D. Ark. 2019) (in considering motion to compel arbitration, court ruled employee's electronic signature on agreement was valid and he failed to create fact issue on whether his signature was forged).

On top of the verbal communication, as a customer signs up for services by phone, their email address and other information are gathered, and the order is placed in real time during the phone call. Duong Supp. Decl. ¶ 3. Once the order is placed, Kinetic's system automatically generates a confirmation email that is sent within an hour of the call to the email address provided by the customer. *Id*. That confirmation email contains a link to the Terms and Conditions, as do other subsequent onboarding emails that follow. *Id*.; Duong Decl. ¶ 16, Attachment C. What is more, on the telephone call, the customer is told that all information that is provided on the phone can be accessed and reviewed in the confirmation email. Duong Supp. Decl. ¶ 2, Attachment J.

To the extent Plaintiffs contend that Kinetic "failed to establish" that they "verbally agreed to or acknowledged the Terms during phone calls," Kinetic does not argue as much, and the law does not require proof of acknowledgment or verbal agreement. And Plaintiffs' reliance on *Ballou* for this proposition is misplaced. Pl. Resp. at 10. In *Ballou*, the plaintiffs formed a contract over the phone by offering to buy goods from a vendor, the defendant. 46 F.4th at 851. During that phone conversation, the parties established the terms of the contract. When the vendor later sent the written order confirmation and invoice containing terms that were never discussed or referenced over the phone, the plaintiffs resisted. The Court sided with the plaintiffs, finding that because the new terms were not contemplated when the contract was formed over the phone, the additional terms were mere non-binding proposals. The critical distinction between that case and this one is that in *Ballou*, the additional terms and conditions at issue were new and never part of the parties' original bargain. They were unilaterally proposed after the oral contract was already formed.

Here, by contrast, Kinetic's Terms and Conditions were part of the transaction from the start. The Plaintiffs were orally advised that the offer was subject to Kinetic's Terms and

Conditions and told over the phone at the very moment they ordered service where the Terms and Conditions could be found online, meaning the Terms and Conditions were incorporated into, not appended after, the formation of the contract. And within an hour of that conversation, Kinetic sent an email confirmation with clickable links to the Terms and Conditions that had just been discussed.

In addition to the verbal notification and the email confirmation of the Terms and Conditions, the Plaintiffs' first monthly invoice—and each one thereafter—included a link to the Terms and Conditions. Plaintiffs also receive an annual notice of the Terms and Conditions. Plaintiffs do not dispute that they received the notices of the Terms and Conditions with their monthly invoices. Nor could they. *See* Annual Notices delivered to Plaintiffs Gonzalez, Padgett, Cox, and Griffin, attached herein as Exhibit 3.

Notably, the Terms and Conditions confirm that use of, and payment for, Kinetic's services, among other things, constitute acceptance of the Terms and Conditions. Duong Decl. ¶ 19; Attachment B, § 2. Plaintiffs who ordered, used, and paid for Kinetic's services—some of them for years—have easily manifested their assent, particularly in light of the numerous channels through which Kinetic notified them of their Terms and Conditions. The Arkansas Court of Appeals' decision in *Altice USA, Inc. v. Johnson*, 2023 Ark. App. 120, 661 S.W.3d 707 (2023)—which Plaintiffs ignore entirely in their Response—is dispositive on this issue. There, the customer "received a monthly billing statement for her Suddenlink services," and "the statements make clear that '[p]ayment of your bill confirms your acceptance of the [Residential Services Agreement], viewable at suddenlink.com/terms-policy.'" Visitors to Suddenlink's website could view the terms and conditions and the RSA, which included a mandatory, binding arbitration provision, as well as instructions for opting out of the provision. *Id*. at *3. The customer in that case also received

emails confirming changes to services that likewise directed her to the company's website and the RSA.

The customer argued, as Plaintiffs do here, that the invoices were not themselves contracts, and that even if they were, their reference to the company's website did not clearly and unequivocally incorporate the terms of the governing agreement. She submitted an affidavit testifying that she had "never received any contract or agreement from Suddenlink" and had "never seen any contract or agreement for Suddenlink services." *Id.* at *5. The Court was unmoved. It held that the customer's monthly "payment and acceptance of . . . services manifest[ed] her agreement to the offer set forth in the invoice," and the only question was whether the terms referenced in the invoice were effectively communicated to her. *Id.* at *8. The court concluded they were, notwithstanding her sworn denial that she had ever received or seen any contract. In doing so, the court reviewed comparable cases in which customers likewise claimed they never received the governing contract, and found that the company's routine, systematic practice of directing the plaintiff to its terms was sufficient to overcome her denials. *See id*. at *8-9.

The same result follows here. Kinetic's invoices, like Suddenlink's, contained disclosures informing customers that use of Kinetic's services constitutes agreement to the Terms and Conditions, and each Plaintiff's annual May invoice additionally included a dedicated Annual Notice of Terms and Conditions reinforcing that continued use meant continued agreement. Plaintiffs' declarations, like the Suddenlink customer's affidavit in *Altice*, offer only a bare denial that they do not recall being told about the Terms, which the Arkansas Court of Appeals held to be insufficient to defeat arbitration where, as here, the company's routine invoicing practice effectively communicated the governing terms. Plaintiffs' continued use of and payment for

Kinetic's services after receiving that notice manifested their assent to the Terms and Conditions, including the arbitration provision, just as it did in *Altice*.

Rather than acknowledging the caselaw directly on point, Plaintiffs try to dodge the issue by arguing the text is buried within the emails. To the contrary, the invoice is a meager four pages, only two of which consist primarily of standard font text. The primary reference to the Terms and Conditions is located prominently near the top of the second page under the clear heading "Use of Service." Duong Decl., Attachment D, p. 3. Moreover, the cases cited by Plaintiffs are distinguishable. For example, the *In re T-Mobile* case involved Illinois law and a single reference in fine print buried on the second page of a sales receipt, where there was "no evidence the sales associate informed [the plaintiff] of the terms or arbitration." *In re T-Mobile 2022 Customer Data Security Breach Litigation*, 829 F. Supp. 3d 700, 715 (2026). That hardly measures up to the multiple notices Plaintiffs received in this case—including from the customer representatives over the phone. Plaintiffs' other cases fare no better. In *Dakota Foundry*, the defendant never actually gave the plaintiff the terms and conditions, and the terms were never available where they were purported to be. *See Dakota Foundry, Inc. v. Tromley Indus. Holdings, Inc.*, 891 F.Supp.2d 1088 (2012). *Engen* is even easier to dispatch. In that case, the defendant relied on promotional emails sent to the customer over the course of two years between her deactivating and reactivating her subscription account to argue that she was on notice that the terms and conditions had changed to include an arbitration provision. *See Engen v. Grocery Delivery E-Services USA Inc.*, 453 F.Supp.3d 1231, 1240 (2020).

Based on Plaintiffs' own allegations, they used Kinetic's website to manage their accounts, pay bills, or order services—activities that would have occurred *after* having received notice of the Terms and Conditions through one of the many channels described above. *See* Duong Decl.,

Attachment D, p. 2 (invoice notifying customers that they can pay their bills online by setting up an account.). Put simply, Plaintiffs had more than sufficient notice of the Terms and Conditions through Kinetic's repeated notifications, and by accepting Kinetic's performance of the contract and receiving the benefits of those services, Plaintiffs manifested their assent. *See Leeper*, 722 F. Supp. 3d at 899. Thus the arbitration clause, prominently referenced at the top of the first page, was agreed to and governs this dispute.

**B. Website Users**

Even for website users who may not have received notice through the many channels described above, those users nevertheless would have been notified of the Terms and Conditions by Kinetic's website cookie banner and footer links. When evaluating browsewrap agreements, courts conclude the website visitor assented when "there is adequate notice to create 'actual or constructive knowledge of the website's terms and conditions.'" *Foster*, 15 F.4th at 863 (quoting *Nguyen*, 763 F.3d at 1176). It is enough that a "website puts a reasonably prudent user on inquiry notice of the terms." *Id*. at 864. And putting a reasonably prudent website visitor on inquiry notice is accomplished when the "existence of the relevant terms are reasonably conspicuous to the user." *Id*. (quotes omitted).

As explained in Kinetic's opening brief, the relevant terms are reasonably conspicuous. The Terms and Conditions appear on the company's website in footer links, set off in white ink against a dark blue background and in an easily readable font, no different than the many substantive links above it. Duong Decl. ¶ 9. They are not buried at the bottom of the website, as Plaintiffs suggest. They are at the bottom of the website, where it is customary to find terms and conditions, legal notices, and privacy-related documents.

In addition to the footer links, the cookie banner, also on the company's website, is a secondary means of notice. *Id*. ¶¶ 4-5. Plaintiffs do not contest that the cookie banner exists and that it is conspicuous. Nor do they contest that it is persistent, following the user as he or she navigates the website until it is affirmatively removed by the user. Plaintiffs argue only that the cookie banner contains no reference to the Terms and Conditions, and they are wrong about that. The cookie banner takes the user to the Privacy Policy, which incorporates the Terms and Conditions and satisfies the inquiry notice requirement. *See Ballou*, 46 F.4th at 860 (finding that a general reference to the Terms and Conditions provides inquiry notice, putting it on the user to inquire further); *see also Foster*, 15 F.4th at 864 (noting that the question is whether the user has "notice of all facts that reasonable inquiry would disclose, *including the terms themselves*") (quotes omitted; emphasis added).

Plaintiffs also suggest that there is no indication in the cookie banner that the user should click on the link. Yet, the clear invitation to "Learn more," is a hyperlink that takes the user to the Privacy Policy and Terms and Conditions. Duong Decl. ¶¶ 4, 5. Plaintiffs even acknowledge the Learn more link, while arguing that it does not indicate where it will take the user. But the statement in the cookie banner explains: "We use cookies to improve your experience, serve personalized ads or content, and analyze our traffic. Learn more." Duong Decl. ¶¶ 4, 5. The link predictably takes the user to Kinetic's Privacy Policy.

Ultimately, website users are put on inquiry notice through conspicuous links on the website alerting them to the existence of the Terms and Conditions that contained an arbitration agreement. The Plaintiffs, who all allege they used the website, would have received these notices, and all agreed to the Terms and Conditions by using Kinetic's website and other services.

## II. Plaintiffs' Claims Are Within the Scope of the Arbitration Agreement

An arbitration agreement exists, and Plaintiffs' claims fall within the broad scope of that agreement. Plaintiffs quote the relevant language from the arbitration clause in the Terms and Conditions, agreeing that it covers "any claim or controversy related in any way to Kinetic's Services" and indicating that they know the controlling provision is within the Terms and Conditions. Pl. Resp. at 7. Yet, instead of engaging with that language, they direct the Court's attention to a completely irrelevant provision found in the Privacy Policy. Their reluctance to confront the actual text of the agreement is telling.

A motion to compel arbitration "should not be denied unless it may be said with positive assurance that the arbitration clause is not susceptible of an interpretation that covers the asserted dispute." *Granite Rock Co. v. Int'l Broth. of Teamsters*, 561 U.S. 287, 314 (2010) (quoting *AT&T Techs., Inc. v. Commc'ns Workers*, 475 U.S. 643, 650 (1986)). "'[A]ny doubts concerning the scope of arbitrable issues should be resolved in favor of arbitration . . . .'" *Bank of Am., N.A. v. UMB Fin. Servs., Inc.*, 618 F.3d 906, 911 (8th Cir. 2010) (quoting *Moses*, 460 U.S. at 24). Where the clause is broad, as it is here, the factual allegations need only "touch matters covered by the arbitration provision." *3M Co. v. Amtex Sec., Inc.*, 542 F.3d 1193, 1199 (8th Cir. 2008) (quotations and internal citation omitted).

The arbitration provision in this case is broad. It includes "any claim or controversy related in any way to Kinetic's Services, including charges for Services, Equipment, Service Order(s), or our agreements pursuant to these Terms or any other agreements, whether the dispute: arises in tort, contract, by statute, or any other legal theory; arises under this or any prior agreement with us; or arises after your Services with Kinetic are terminated." Duong Decl., Attachment B, § 3(a)(i). Plaintiffs' Complaint is based on their customer-related interactions with Kinetic's

website, Kinetic's Privacy Policy, and Kinetic's alleged collection or use of information in connection with its website and services. The allegations are rooted in actions that Plaintiffs took on Kinetic's website that are directly related to its services, including reviewing account information, checking balances, viewing and managing monthly bills, scheduling technician appointments and exploring available internet service options. Compl. ¶¶ 12–17.

What is more is that the Complaint itself relies on the website cookie notice and Privacy Policy—the same policy that directs unresolved disputes to Kinetic's Terms and Conditions. Plaintiffs' claims therefore relate directly to Kinetic's services, website, customer relationship, and governing agreements. Plaintiffs cannot show "with positive assurance" that the arbitration clause is not susceptible to an interpretation covering their claims. *Granite Rock Co.*, 561 U.S. at 314. To the contrary, such claims are expressly covered because they are controversies related to Kinetic's services, its website, its Privacy Policy, and its agreements with users and customers. Because the arbitration clause is broad, any doubts concerning its scope must be resolved in favor of arbitration.

Plaintiffs' attempt to divorce Kinetic's website from its services (and by extension, remove their claims from the scope of the agreement) ignores the allegations in their own Complaint. Plaintiffs contend that the alleged conduct would have occurred even in the absence of the provision of services or an ongoing relationship. Yet, the entire Complaint revolves around alleged conduct that occurred while Plaintiffs took actions directly related to Kinetic's services. They reviewed account information, checked balances, viewed and managed monthly bills, scheduled technician appointments and explored available internet service options. Compl. ¶¶ 12–17. These allegations do far more than "touch matters" covered by the arbitration provision, which is all that is required. *3M Co.*, 542 F.3d at 1199.

Plaintiffs try to further complicate this straightforward inquiry by focusing on the "Dispute Resolution" clause found in Kinetic's Privacy Policy, specifically the language found within Section P of the Privacy Policy, entitled US-EU Privacy Principles, that informs website visitors situated in the European Union of how their data is managed. Duong Decl., Attachment A. Importantly, Kinetic's Privacy Policy applies universally to all website visitors and customers, regardless of any geographic considerations, including country or region of origin. Duong Supp. Decl. ¶ 5. Taking the Privacy Policy as a whole, it is clear that Section P is merely an affirmative declaration that Kinetic's Privacy Policy meets EU standards, and the Terms and Conditions are referenced elsewhere. *See* Duong Decl., Attachment A, §§ C (SMS/Text Messaging) & F (Information Disclosed to Third Parties). Any ambiguity Plaintiffs try to manufacture by pointing to the Privacy Policy (and not the Terms and Conditions where the arbitration provision exists) fails. *See Enderlin v. XM Satellite Radio Holdings, Inc.*, No. 4:06-CV-0032 GTE, 2008 WL 830262, at *16 (E.D. Ark. Mar. 25, 2008) (explaining ambiguity must be "in the agreement"). In short, the clause that Plaintiffs focus on has no bearing on the operative arbitration agreement; it is not a competing or alternative arbitration provision, but a notice mechanism that once again directs users to the governing Terms and Conditions, where the actual arbitration clause lies.

## CONCLUSION

For the foregoing reasons, Plaintiffs manifested their assent to the Terms and Conditions through multiple, independent, and mutually reinforcing channels—verbal notice and a link provided at signup, monthly invoices, an annual notice, and conspicuous notice on Kinetic's website—and Plaintiffs' threadbare declarations, silent as to every channel but a single phone call, do not create a genuine issue of material fact sufficient to defeat that showing. Plaintiffs' claims, which arise directly from their use of Kinetic's website to manage their accounts, pay their bills,

and interact with Kinetic's services, fall squarely within the broad scope of the arbitration provision, and Plaintiffs' attempt to narrow that scope by reference to an inapplicable clause in the Privacy Policy should be rejected.

For the foregoing reasons, Uniti respectfully requests that this Court grant its Motion to Stay Proceedings and Compel Arbitration, compel this matter to arbitration, stay the case pending arbitration, and for any and all other just and proper relief.

Respectfully submitted,

Katherine C. Campbell, Ark. Bar No. 2013241
Bradley S. Runyon, Ark. Bar No. 2005119
FRIDAY, ELDREDGE & CLARK, LLP
3350 S. Pinnacle Hills Parkway, Suite 301
Rogers, AR 72758
Office: (479) 695-6040
Facsimile: (501) 244-5389
kcampbell@fridayfirm.com
brunyon@fridayfirm.com

*Attorneys for Plaintiff, Uniti Services, LLC d/b/a Kinetic*

# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**ROSELIA GONZALEZ; JOSH BROTHEIM; NATHANIEL GRIFFIN; DEBBIE PADGETT; MICHELLE COX; and MILTON KING, On Behalf of Themselves and All Others Similarly Situated** **PLAINTIFFS**

**v.** **CASE NO. 4:26-cv-473-KGB**

**UNITI SERVICES, LLC d/b/a KINETIC** **DEFENDANT**

**SUPPLEMENTAL DECLARATION OF CHRISTOPHER DUONG IN SUPPORT OF UNITI SERVICES, LLC'S MOTION TO COMPEL ARBITRATION**

1. I am a resident of California over the age of eighteen (18) years. I am a Vice President of Strategic Sales for Uniti Services, LLC d/b/a Kinetic ("Kinetic). I have worked for Kinetic since February 2026. I have personal knowledge of the facts herein, and I am competent to testify as to them. I submit this supplemental declaration in support of Kinetic's Motion to Compel Arbitration.

2. Customers who sign up for services by phone do so through a live customer representative. Those representatives are trained and advised that they must follow a standard script. The representatives follow that script and advise prospective customers that Kinetic's services are subject to Kinetic's Terms and Conditions, and prospective customers are verbally given the website to access the Terms and Conditions. A true and accurate copy of the relevant portions of the call script is attached hereto as **Attachment J.**

3. In Kinetic's ordinary course of business, during a sign-up phone call the customer service representative collects the customer's email address and other relevant information. The customer's order is entered in real time during the phone call, and a confirmation email with a link to the Terms and Conditions follows shortly thereafter. The confirmation email is automatically generated when the order is placed in Kinetic's system, and it is sent within an hour of the phone call to the email address provided by the customer over the phone. An example of this confirmation email was attached to my prior Declaration as **Attachment C**.

4. Customers also receive other onboarding emails from Kinetic after signing up for service. These emails also contain links to Kinetic's Terms and Conditions.

5. Kinetic applies its Privacy Policy universally to all website visitors and customers,



Sensitivity: Internal

regardless of any geographic considerations, including country or region of origin.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this 7th day of August, 2026, in Anaheim, California.

Christopher Duong

Christopher Duong,
Vice President of Strategic Sales,
Uniti Services, LLC



Sensitivity: Internal

# ATTACHMENT J

| Disclaimer Name | Disclaimer Code | Lang | Disclaimer Verbiage |
|---|---|---|---|
| **All Kinetic Offers** | Dis02 | EN | Subject to availability, Kinetic Service Terms and Conditions (gokinetic.com/terms-and-conditions), and Acceptable Use Policy (gokinetic.com/about/legal/acceptable-use-policy). |
| **All Kinetic Offers** | Dis02 | SP | Oferta por tiempo limitado e intransferible para clientes residenciales que no se puede combinar con otras promociones. Pueden aplicarse restricciones de crédito. Sujeto a disponibilidad, a los Términos y condiciones de Kinetic y a la Política de uso aceptable de Kinetic. |
| **GO KINETIC APP** | Dis01 | EN | You don't even need to call us to check on or manage your installation. This information will be in your confirmation e-mail but just download the GO KINETIC app from the Google PLAY or APPLE App store. You can do just about anything with our app. You can view your bill, make payments, manage your WIFI and Kinetic Secure services… it's a fully functioning app. |

[redacted]

[redacted]

[redacted]

# EXHIBIT 3

kinetic

Windstream
ATTN: SUPPORT SERVICES
131 W Matthews St.
Matthews, NC 28105

# Billing Invoice

Return Service Requested

| Account Number | Invoice Date | Total Amount Due |
| --- | --- | --- |
| [redacted] | May 26, 2026 | $117.41 |

| Invoice Number | Due Date | Amount Enclosed |
| --- | --- | --- |
| 40341813 | Jun 18, 2026 | |

☐ Check here for change of address **(note changes below)**

DEBORAH PADGETT
[redacted]

Remit Payment To:
Windstream
P.O. Box 9001013
Louisville, KY 40290-1013

[redacted]

*Please detach and return above portion with your payment*

kinetic

Windstream
ATTN: SUPPORT SERVICES
131 W Matthews St.
Matthews, NC 28105

| Account Number | Invoice Date | Total Amount Due |
| --- | --- | --- |
| [redacted] | May 26, 2026 | $117.41 |

## Account Summary - Invoice 40341813

| | |
| --- | --- |
| Previous Total | $117.31 |
| Payments Applied - Thank You | ($117.31) |
| Internet Plan | $96.62 |
| Additional Services | $10.99 |
| Usage Charges | $0.00 |
| Credits | $0.00 |
| Other Charges | $8.76 |
| Taxes and Surcharges | $1.04 |
| **New Charges - Due by Jun 18, 2026** | **$117.41** |
| **TOTAL INVOICE AMOUNT** | **$117.41** |

## Contact Us

Billing & Repair: 1-800-347-1991
Online: my.gokinetic.com

go kinetic
Download the Go Kinetic mobile app today!
Scan Here
Your Kinetic account at your fingertips – accessible anytime, anywhere.
Download on the App Store
Google play

## Important Messages

**CONVENIENCE FEE**
A convenience fee will be assessed on all card payments to cover the administrative costs of processing payments. No part of this fee goes to Kinetic.

**LATE PAYMENT FEE**
A $5.00 late payment collection fee and a 1.5 percent late payment charge will apply to any balances not paid by the due date. There will be a $30 charge for each returned check.

**ONLINE PAYMENTS**
Online payments must be made by 4:00 pm eastern time in order to post for the current day.

**ANNUAL NOTICE OF TERMS AND CONDITIONS**
Effective April 1, 2026, Kinetic Online Terms and conditions have been updated. To view the most up to date Online Terms and Conditions, please visit www.gokinetic.com/about/legal/terms-and-conditions. The term and conditions by which certain, distinct products and services are provided can be found in the Product Specific Terms and Conditions for Services and/or Equipment Provided by Kinetic (https://gokinetic.com/kinetic-product-schedules). Continued use of any Kinetic services means you have agreed to the current Online Terms posted April 1, 2026. All previous versions of the Online Terms are void, including but not limited to, relevant sections that provided for the rejection of changes made to future versions of the Online Terms.

(Additional Messages found on page 2)

kinetic

**Important Information for Customers Paying by Check:**
Windstream may convert your payments by check to an electronic Automated Clearinghouse (ACH) debit transaction. The debit transaction will appear on your bank statement, although your check will not be presented to your financial institution or returned to you. This ACH debit transaction will not enroll you in any Windstream automatic debit process and will only occur each time a check is received. Any resubmissions due to insufficient funds may also occur electronically.

Please be aware that all checking transactions will remain secure, and payment by check constitutes acceptance of these terms.

**Informacion importante para los clientes que pagan por cheque:**
Windstream puede convertir sus pagos por cheque a una transaccion electronica automatica de debito (ACH en ingles). La transaccion del debito aparecera en su estado de cuenta del banco, aunque no se presentara su cheque a su institucion financiera ni se le devolvera a usted. Esta transaccion electronica automatica de debito no le inscribira a usted en ningun proceso de debito automatico de Windstream y solamente ocurrira cada vez que se riciba un cheque. Cualquier reenvio debido a fondos insuficientes tambien puede ocurrir electronicamente.

Por favor tenga en cuenta que todas las transacciones de la cuenta corriente seran seguras y el pago por cheque constituye la aceptacion de estas condiciones.

**eCheck Authorization:**
By entering the 5-digit zip code from my bill when paying by phone, I hereby authorize Windstream and the financial institution designated by me to charge the account I have specified for payment of my Windstream services. I understand that a fee will be charged to my Windstream account for each request returned unpaid. If two requests are returned unpaid, I will be excluded from this option. In addition, I understand that Windstream and the financial institution reserve the right to terminate this payment option. This authorization can be revoked by notifying Windstream at the customer service number listed on my bill prior to 4:00 P.M. EST on my specified payment date.

To ensure payment is processed before the due date, please allow at least seven (7) business days for mail delivery.

## Important Information

Use of the Services constitutes your agreement to Windstream's Terms and Conditions maintained at windstream.com/terms
or you may request a copy by calling the billing number found on the first page. See the "Important Messages" section on this bill for any recent changes to Windstream's Terms and Conditions. If you are a business customer with an existing contract, those contract terms will control.

For a complete description of fees and taxes included on your bill, please visit windstream.com/billinfo
Para obtener una descripcion completa de las tarifas e impuestos incluidos en su factura, visite windstream.com/billinfo

***:** Indicates a payphone surcharge has been added to the call.

**^:** Indicates a pre-rated operator assisted call.

## Additional Messages

**HOW TO REACH OUR CUSTOMER CARE CENTER**
We are committed to answering your questions about our service, explaining all aspects of your monthly bill, and providing you with the personal attention you deserve. To contact Kinetic, please refer to the "Contact Us" section on this page. Our Care representatives are available Monday - Friday, 7 a.m. to 8 p.m. EST, and on Saturdays, 8:30 a.m. to 5 p.m. EST, for all billing, order, and general questions. For repair questions and support, please contact a Repair Center representative, available 24/7.

**THANK YOU**
Thank you for choosing Kinetic as your communications service provider. We value you as our customer and appreciate your business.

**FCC DO NOT CALL**
You can register your residential telephone number on the National Do Not Call Registry at no cost by telephone or by Internet.

To register by phone, call 1-888-382-1222 or (TTY) 1-866-290-4236. You must call from the phone number you wish to register.

To register by Internet, you can access the National Do Not Call Registry Web site at
https://www.donotcall.gov/

After you register, other types of organizations may still call you, such as charities, political groups, debt collectors and surveys.

Registering your residential phone number is free, and it will remain on the National Do Not Call Registry permanently. You can remove your name from the registry at any time.

kinetic

| | | | |
|---|---|---|---|
| DATE OF INVOICE | 05.26.26 | INVOICE NUMBER | 40341813 |
| | | ACCOUNT NUMBER | [redacted] |
| | | PAGE | 3 |

## PAYMENTS APPLIED - DEBORAH PADGETT

| Date | Description | Amount |
|---|---|---|
| 05/21/2026 | Credit Card Payment Received. Thank You! | ($117.31) |
| **TOTAL PAYMENTS APPLIED** | | **($117.31)** |

## SUMMARY OF CURRENT CHARGES BY SERVICE PROVIDER

| Service Provider | Total |
|---|---|
| Windstream Standard, LLC | $117.41 |
| **TOTAL OF NEW CHARGES** | **$117.41** |

## WINDSTREAM STANDARD, LLC - DETAIL OF CURRENT CHARGES

### INTERNET PLAN

| Period | Description | Quantity | Cost Per Unit | Amount |
|---|---|---|---|---|
| **Kinetic Internet** | | | | |
| 05/25/2026 - 06/24/2026 | 500 Mbps | 1 | | Included |
| 05/25/2026 - 06/24/2026 | Deregulated Administration Fee | 1 | | Included |
| **Total Kinetic Internet** | | | | **$96.62** |
| **TOTAL INTERNET PLAN** | | | | **$96.62** |

### ADDITIONAL SERVICES

| Period | Description | Quantity | Cost Per Unit | Amount |
|---|---|---|---|---|
| 05/25/2026 - 06/24/2026 | Wi-Fi Gateway Modem Rental | 1 | $10.99 | $10.99 |
| **TOTAL ADDITIONAL SERVICES** | | | | **$10.99** |

### OTHER CHARGES AND CREDITS

| Date | Description | Amount |
|---|---|---|
| 05/24/2026 | Late Payment Charge | $1.76 |
| 05/24/2026 | Late Payment Collection Fee Charge | $5.00 |
| 05/24/2026 | Paper Bill Fee | $2.00 |
| **TOTAL OTHER CHARGES AND CREDITS** | | **$8.76** |

### SURCHARGES AND TAXES

| Description | Amount |
|---|---|
| State/County/Local Taxes | $1.04 |
| **TOTAL SURCHARGES AND TAXES** | **$1.04** |

## DETAIL OF CURRENT SERVICE PROVIDERS

### SERVICE PROVIDER(S)

Your Local carrier is*:

Windstream Standard, LLC 1-800-347-1991

* If you have multiple telephone numbers, further information concerning long distance carrier assignments for those additional lines are on record with your local business office

kinetic

SERVICE PROVIDER ACTIVITY

DATE OF INVOICE 05.26.26

INVOICE NUMBER 40341813
ACCOUNT NUMBER [redacted]


## Ways to Pay and Manage Your Account

**GO KINETIC APP:**
Download our mobile app available in Google Play or the App Store.

**GO KINETIC ONLINE:**
Easily pay your bill and even set up AutoPay at my.gokinetic.com

**MAIL:**
Return your check & payment slip using the envelope provided.

**BY PHONE:**
For automated payments or to speak with a representative, call us at **1-800-347-1991.**

## Regulatory Information

Failure to pay the total amount due for basic local service could result in suspension of those services and may be subject to collection actions.

To avoid suspension of your basic local service, you must pay: $0.00.

Non-payment of all other non-basic services may result in the suspension of those services and may be subject to collection actions but will not result in the suspension of your basic local service.

No Print Bill Due to NOP Trait



kinetic.



# Moving soon?

The Kinetic Movers Program ensures a hassle-free transfer of your internet service, so you can focus on settling in.

Scan here to schedule your move.

**Stress-free move and setup**

**No service interruptions**

**Expert support throughout**

**COMING THIS YEAR.**
**A fresh new look to your Kinetic bill.**

We're improving your bill and will notify you before these changes occur. Check out what to expect by scanning the QR code or visiting **www.windstream.com/yournewbill.**

Terms & Conditions Apply. Visit my.gokinetic.com for details.

| Account number | Telephone number | Invoice date |
|---|---|---|
| [redacted] | [redacted] | May 05, 2025 |

Please call Windstream Communications toll free or visit our website.

| | |
|---|---|
| For Sales/Billing/Account Changes: | 1-800-347-1991 |
| For Repair/Technical Support: | 1-800-347-1991 |
| Website | windstream.com |

MICHELLE COX
[redacted]

## Service At-A-Glance

| | |
|---|---|
| Previous Bill | $137.09 |
| Payments/Adjustments thru 05/01 | $137.09 CR |
| Amount Previously Due | $.00 |
| Current Charges Due - 05/27/25 | $137.09 |
| **Total Amount Due** | **$137.09** |

## Ways To Pay My Bill

**GO KINETIC APP or ONLINE:**
Easily view and pay your bill, set up AutoPay, sign up for Paperless Billing, and more. Go to my.gokinetic.com, or download our mobile app by scanning the QR code or visiting Google Play or the App Store.

**MAIL:**
Send your check & payment slip to the below address.

**BY PHONE:**
For automated payments or to speak with a representative, call us at 1-800-347-1991.

Detach and return this payment slip with your check payable to WINDSTREAM GEORGIA COMM., LLC.

☐ Yes! I am interested in Windstream High-Speed Internet. Please contact me.

kinetic.

ATTN: SUPPORT SERVICES
131 W MATTHEWS ST.
MATTHEWS, NC 28105

Address Service Requested

| Account number | Telephone number | Due date |
|---|---|---|
| [redacted] | 394-112-4074 | May 27, 2025 |
| | Amount Due | $137.09 |
| Payment enclosed | $ . | |

[redacted]

**Your credit card will be charged on 05/27/25 for $137.09**

MICHELLE COX
[redacted]

WINDSTREAM
PO BOX 9001908
LOUISVILLE, KY 40290-1908

☐ Check here for address changes noted on reverse side.

[redacted]

go kinetic

# Pay Your Kinetic Bill Your Way

Online account management has never been easier. With Go Kinetic, **you can pay your bill online, set up AutoPay or Paperless Billing**. Create your Go Kinetic password today at my.gokinetic.com.

You'll have the freedom and ability to access, update and manage your account online – anytime, anywhere. With Go Kinetic, you can:

- View and pay your bill online
- Live chat
- Track your order & support requests
- Easily manage your Wi-Fi password, access and more
- Get the latest in special offers

**Download the Go Kinetic app!**

**Scan here for the mobile app**
**Or visit my.gokinetic.com**

Use of Service

Use of the Services constitutes your agreement to Windstream's Terms and Conditions maintained at windstream.com/terms, or you may request a copy by calling the number at the top of the bill. See "Windstream Customer Message" section on this bill for any recent changes to Windstream's Terms and Conditions. If you are a business customer with an existing contract, those contract terms will control.

Important Information for Customers Paying by Check

Windstream may convert your payments by check to an electronic Automated Clearinghouse (ACH) debit transaction. The debit transaction will appear on your bank statement, although your check will not be presented to your financial institution or returned to you. This ACH debit transaction will not enroll you in any Windstream automatic debit process and will only occur each time a check is received. Any resubmissions due to insufficient funds may also occur electronically.

Please be aware that all checking transactions will remain secure, and payment by check constitutes acceptance of these terms.

We value your business and appreciate you selecting Windstream as your telecommunications provider.

Informacion importante para los clientes que pagan por cheque

Windstream puede convertir sus pagos por cheque a una transaccion electronica automatica de debito (ACH en ingles). La transaccion del debito aparecera en su estado de cuenta del banco, aunque no se presentara su cheque a su institucion financiera ni se le devolvera a usted. Esta transaccion electronica automatica de debito no le inscribira a usted en ningun proceso de debito automatico de Windstream y solamente ocurrira cada vez que se riciba un cheque. Cualquier reentrega debida a fondos insuficientes tambien podra ocurrir electronicamente.

Por favor tenga en cuenta que todas las transacciones de la cuenta corriente seran seguras y el pago por cheque constituye la aceptacion de estas condiciones.

Agradecemos que sea nuestro cliente y apreciamos que haya elegido a Windstream como su proveedor de telecomunicaciones.

**eCheck authorization:** By entering the 5-digit zip code from my bill when paying by phone, I hereby authorize Windstream and the financial institution designated by me to charge the account I have specified for payment of my Windstream services. I understand that a fee will be charged to my Windstream account for each request returned unpaid. If two requests are returned unpaid, I will be excluded from this option. In addition, I understand that Windstream and the financial institution reserve the right to terminate this payment option. This authorization can be revoked by notifying Windstream at the customer service number listed on my bill prior to 4:00 P.M. EST on my specified payment date.

For a complete description of fees and taxes included on your bill, please visit windstream.com/billinfo.
Para obtener una descripción completa de las tarifas e impuestos incluidos en su factura, visite windstream.com/billinfo.

Return this portion with your payment.

Change of Address Effective Date ___ / ___ / ___

Name ______________________________

Attention ______________________________

New Address ______________________________ Apt/Suite# __________

City ______________________________ State ________ Zip __________

Business Phone ______________________________ Home Phone __________

Windstream representatives are happy to answer your questions or concerns related to billing or service. To contact us, please call the number located at the top of page one. To view customer service hours by state and answers to FAQs, visit windstream.com/support.

| Account number | Telephone number | Invoice date |
|---|---|---|
| [redacted] | [redacted] | May 05, 2025 |

## SUMMARY OF PAYMENTS AND ADJUSTMENTS

| | | |
|---|---|---|
| PAYMENTS -04/26/25 | 137.09 CR | |
| ***TOTAL PAYMENTS AND ADJUSTMENTS*** | | ***137.09 CR*** |

## SUMMARY OF CURRENT CHARGES BY SERVICE PROVIDER

| | | |
|---|---|---|
| KINETIC BY WINDSTREAM PLAN | 109.36 | |
| WINDSTREAM | 27.73 | |
| CURRENT CHARGES DUE 05/27/25 | | 137.09 |

## KINETIC BY WINDSTREAM PLAN CHARGES

| | | |
|---|---|---|
| INTERNET SERVICES | | |
| 1 INTERNET PLAN UP TO 1GIG<br>INCLUDES:<br>DEREGULATED ADMINISTRATION FEE | 109.36 | |
| 1 1GIG RANGE (800MB-1000MB) | .00 | |
| TOTAL INTERNET | | 109.36 |
| ***TOTAL KINETIC BY WINDSTREAM PLAN CHARGES*** | | ***109.36*** |

## WINDSTREAM CURRENT CHARGES

Service from 05/01/25 to 05/31/25

| | | |
|---|---|---|
| ***SERVICES*** | | |
| 1 KINETIC SECURE<br>PACKAGE INCLUDES:<br>WHOLE HOME AGENT<br>INTERNET SECURITY<br>PROTECTION PLUS | 14.99 | |
| 1 KINETIC GATEWAY | 10.99 | |
| ***TOTAL SERVICES*** | | ***25.98*** |
| ***TAXES*** | | |
| STATE TAX | 1.00 | |
| COUNTY TAX | .75 | |
| ***TOTAL TAXES*** | | ***1.75*** |
| ***TOTAL WINDSTREAM CHARGES*** | | ***27.73*** |

## SERVICE PROVIDER(S)

Your Local carrier is*:

WINDSTREAM GEORGIA COMM., LLC 1-800-347-1991

* If you have multiple telephone numbers, further information concerning long distance carrier assignments for those additional lines are on record with your local business office.

## REGULATORY INFORMATION

Failure to pay the total amount due for basic local service could result in suspension of those services and may be subject to collection actions. To avoid suspension of your basic local service, you must pay $ .77

Non-payment of all other non-basic services may result in the suspension of those services and may be subject to collection actions, but will not result in the suspension of your basic local service.

## WINDSTREAM CUSTOMER MESSAGE

Online payments must be made by 4:00 pm eastern time in order to post for the current day.

Windstream reserves the right to delete your windstream.net email account, without notice, if unused for one hundred and eighty (180) consecutive days. The contents of the email account will be unrecoverable once the account has been deleted.

Windstream is dedicated to delivering top-quality service and support. We offer the option to bill third-party services to your Windstream account for convenience. However, we recognize this might not suit everyone. We encourage reviewing your bill monthly and reaching out with any questions about charges. To enhance control and security, we also provide a free option to block third-party charges on your bill, excluding Windstream-related services you subscribe to. If you wish to activate this block, please contact a Windstream representative using the phone number located on this bill.

CONVENIENCE FEE:
A convenience fee will be assessed on all card payments to cover the administrative costs of processing payments. No part of this fee goes to Windstream.

COMING THIS YEAR: A fresh new look to your Kinetic bill. To serve you better, we're upgrading to a new and improved billing system designed to provide a more seamless and intuitive experience. This enhancement will not impact your service or terms. To learn more, please visit www.windstream.com/yournewbill

'Do Not Call' Registry

You can register your residential telephone number on the National Do Not Call Registry at no cost by telephone or by Internet.

To register by phone, call 1-888-382-1222 or (TTY) 1-866-290-4236. You must call from the phone number you wish to register.

To register by Internet, you can access the National Do Not Call Registry Web site at https://www.donotcall.gov/

After you register, other types of organizations may still call you, such as charities, political groups, debt collectors and surveys.

Registering your residential phone number is free, and it will remain on the National Do Not Call Registry permanently. You can remove your name from the registry at any time.

ANNUAL NOTICE OF TERMS AND CONDITIONS

Effective April 1, 2025, Kinetic Online Terms and Conditions have been updated. To view the most up to date Online Terms and Conditions, please visit www.windstream.com/about/legal/terms-and-conditions. The term and conditions by which certain, distinct products and services are provided can be found in the Product Specific Terms and Conditions for Services and/or Equipment Provided by Kinetic (https://windstream.com/kinetic-product-schedules).

Continued use of any Kinetic services means you have agreed to the current Online Terms posted April 1, 2025. All previous versions of the Online Terms are void, including but not limited to, relevant sections that provided for the rejection of changes made to future versions of the Online Terms.

A $5.00 late payment collection fee and a 1.5 percent late payment charge will apply to any balances not paid by the due date. There will be a $30 charge for each returned check.

kinetic.



| Account number | Telephone number | Invoice date |
|---|---|---|
| [redacted] | [redacted] | May 05, 2025 |

**PAGE LEFT INTENTIONALLY BLANK**

kinetic

| Account number | Telephone number | Invoice date |
|---|---|---|
| [redacted] | [redacted] | May 13, 2026 |

Please call Windstream Enterprise toll free or visit our website.
For Sales/Billing/Account Changes: 1-800-347-1991
For Repair/Technical Support: 1-800-347-1991
Website: my.gokinetic.com

NATHANIEL GRIFFIN
[redacted]



# moving?

## Take Kinetic with you and get new customer pricing.

If you're moving to a Kinetic service area, you can bring your internet with you and save with new customer pricing.

**no starting over. no downtime. just savings.**

**Call 855-614-2867**

**Scan the code or visit gokinetic.com/residential/moving**

## Account Summary

| | |
|---|---|
| Previous Bill | $100.74 |
| Payments/Adjustments thru 05/11 | $100.74 CR |
| Amount Previously Due | $.00 |
| Current Charges Due - 06/03/26 | $109.30 |
| **Total Amount Due** | **$109.30** |

## Pay My Bill

**GO KINETIC APP or ONLINE:**
Easily view and pay your bill, set up AutoPay, sign up for Paperless Billing, and more. Go to my.gokinetic.com, or download our mobile app by scanning the QR code or visiting Google Play or the App Store.
**MAIL:**
Send your check & payment slip to the below address.
**BY PHONE:**
For automated payments or to speak with a representative, call us at 1-800-347-1991.
**CONVENIENCE FEE:**
A convenience fee will be assessed on all card payments to cover the administrative costs of processing payments. No part of this fee goes to Windstream.

Detach and return this payment slip with your check payable to GEORGIA WINDSTREAM, LLC.

kinetic

ATTN: SUPPORT SERVICES
131 W MATTHEWS ST.
MATTHEWS, NC 28105

Address Service Requested

| Account number | Telephone number | Due date |
|---|---|---|
| [redacted] | [redacted] | June 03, 2026 |
| | Amount Due | **$109.30** |
| Payment enclosed | $ . | |

[redacted]

**Your credit card will be charged on 06/03/26 for $109.30**

NATHANIEL GRIFFIN
[redacted]

UNITI
P O BOX 9001908
LOUISVILLE, KY 40290-1908

☐ Check here for address changes noted on reverse side.

[redacted]

go kinetic

# Pay Your Kinetic Bill Your Way

Online account management has never been easier. With Go Kinetic, **you can pay your bill online, set up AutoPay or Paperless Billing**. Create your Go Kinetic password today at my.gokinetic.com.

You'll have the freedom and ability to access, update and manage your account online – anytime, anywhere. With Go Kinetic, you can:

- View and pay your bill online
- Live chat
- Track your order & support requests
- Easily manage your Wi-Fi password, access and more
- Get the latest in special offers

**Download the Go Kinetic app!**

**Scan here for the mobile app**
**Or visit my.gokinetic.com**

Use of Service
Use of the Services constitutes your agreement to Windstream's Terms and Conditions maintained at windstream.com/terms, or you may request a copy by calling the number at the top of the bill. See "Windstream Customer Message" section on this bill for any recent changes to Windstream's Terms and Conditions. If you are a business customer with an existing contract, those contract terms will control.

Important Information for Customers Paying by Check
Windstream may convert your payments by check to an electronic Automated Clearinghouse (ACH) debit transaction. The debit transaction will appear on your bank statement, although your check will not be presented to your financial institution or returned to you. This ACH debit transaction will not enroll you in any Windstream automatic debit process and will only occur each time a check is received. Any resubmissions due to insufficient funds may also occur electronically.

Please be aware that all checking transactions will remain secure, and payment by check constitutes acceptance of these terms.

We value your business and appreciate you selecting Windstream as your telecommunications provider.

Informacion importante para los clientes que pagan por cheque
Windstream puede convertir sus pagos por cheque a una transaccion electronica automatica de debito (ACH en ingles). La transaccion del debito aparecera en su estado de cuenta del banco, aunque no se presentara su cheque a su institucion financiera ni se le devolvera a usted. Esta transaccion electronica automatica de debito no le inscribira a usted en ningun proceso de debito automatico de Windstream y solamente ocurrira cada vez que se riciba un cheque. Cualquier reentrega debida a fondos insuficientes tambien podra ocurrir electronicamente.

Por favor tenga en cuenta que todas las transacciones de la cuenta corriente seran seguras y el pago por cheque constituye la aceptacion de estas condiciones.

Agradecemos que sea nuestro cliente y apreciamos que haya elegido a Windstream como su proveedor de telecomunicaciones.

**eCheck authorization:** By entering the 5-digit zip code from my bill when paying by phone, I hereby authorize Windstream and the financial institution designated by me to charge the account I have specified for payment of my Windstream services. I understand that a fee will be charged to my Windstream account for each request returned unpaid. If two requests are returned unpaid, I will be excluded from this option. In addition, I understand that Windstream and the financial institution reserve the right to terminate this payment option. This authorization can be revoked by notifying Windstream at the customer service number listed on my bill prior to 4:00 P.M. EST on my specified payment date.

For a complete description of fees and taxes included on your bill, please visit windstream.com/billinfo.
Para obtener una descripción completa de las tarifas e impuestos incluidos en su factura, visite windstream.com/billinfo.

Return this portion with your payment.

Change of Address Effective Date ___ / ___ / ___

Name ______

Attention ______

New Address ______ Apt/Suite# ______

City ______ State ______ Zip ______

Business Phone ______ Home Phone ______

Windstream representatives are happy to answer your questions or concerns related to billing or service. To contact us, please call the number located at the top of page one. To view customer service hours by state and answers to FAQs, visit windstream.com/support.

WSM-146666

| Account number | Telephone number | Invoice date |
|---|---|---|
| [redacted] | [redacted] | May 13, 2026 |

## SUMMARY OF PAYMENTS AND ADJUSTMENTS

| | | |
|---|---|---|
| PAYMENTS -05/05/26 | 94.07 CR | |
| ADJUSTMENTS -04/20/26 | 6.67 CR | |
| ***TOTAL PAYMENTS AND ADJUSTMENTS*** | | ***100.74 CR*** |

## SUMMARY OF CURRENT CHARGES BY SERVICE PROVIDER

| | | |
|---|---|---|
| KINETIC INTERNET PLAN | 91.52 | |
| LOCAL CARRIER | 17.78 | |
| CURRENT CHARGES DUE 06/03/26 | | 109.30 |

## KINETIC INTERNET PLAN CHARGES

| | | |
|---|---|---|
| ***DISCOUNTS AND PROMOTIONS*** | | |
| 1 AUTO-PAY PROMOTIONAL CREDIT | 5.00 CR | |
| EXPIRES 99/99/99 | | |
| ***TOTAL DISCOUNTS*** | | ***5.00 CR*** |
| INTERNET SERVICES | | |
| 1 HIGH-SPEED INTERNET PLAN | 96.52 | |
| 1 UP TO 50MB (34MB - 72MB) | .00 | |
| TOTAL INTERNET | | 96.52 |
| ***TOTAL KINETIC INTERNET PLAN CHARGES*** | | ***91.52*** |

## LOCAL CARRIER CURRENT CHARGES

Service from 05/10/26 to 06/09/26

| | | |
|---|---|---|
| ***SERVICES*** | | |
| 1 BLOCK 9XX CALLS | .00 | |
| 1 MODEM RENTAL & PROTECTION | 10.99 | |
| 1 MODEM RENTAL CREDIT | 10.99 CR | |
| 1 PACKAGE INCLUDES: | .00 | |
| LOCAL MEASURED SERVICE LINE | | |
| ACCESS RECOVERY CHARGE | | |
| ACCESS CHARGE PER FCC ORDER | | |
| ***TOTAL SERVICES*** | | ***.00*** |
| ***DISCOUNTS AND PROMOTIONS*** | | |
| 1 CUSTOMER SERVICE CREDIT | 5.00 CR | |
| EXPIRES 06/16/26 | | |
| ***TOTAL DISCOUNTS*** | | ***5.00 CR*** |
| ***SURCHARGES AND OTHER FEES*** | | |
| 911 SERVICE FEE | 1.50 | |
| FEDERAL UNIVERSAL SERVICE FEE | 2.41 | |
| GA UNIVERSAL ACCESS FUND | .53 | |
| GEORGIA TRS SURCHARGE | .20 | |
| PAPER BILL CHARGE | 2.00 | |
| DEREGULATED ADMINISTRATION FEE | 13.99 | |
| ***TOTAL SURCHARGES AND OTHER FEES*** | | ***20.63*** |
| ***TAXES*** | | |
| FEDERAL TAX | .07 | |
| STATE TAX | 1.04 | |
| COUNTY TAX | 1.04 | |
| ***TOTAL TAXES*** | | ***2.15*** |
| ***TOTAL LOCAL CARRIER CHARGES*** | | ***17.78*** |

## DISH NETWORK SERVICES CUSTOMER MESSAGE

Non-payment of DISH Network Services may result in the disconnection of DISH Network Services.

## SERVICE PROVIDER(S)

Your Local carrier is*:

GEORGIA WINDSTREAM, LLC 1-800-347-1991

* If you have multiple telephone numbers, further information concerning long distance carrier assignments for those additional lines are on record with your local business office.

## REGULATORY INFORMATION

Failure to pay the total amount due for basic local service could result in suspension of those services and may be subject to collection actions. To avoid suspension of your basic local service, you must pay $ 3.03

Non-payment of all other non-basic services may result in the suspension of those services and may be subject to collection actions, but will not result in the suspension of your basic local service.

## IMPORTANT INFORMATION

This bill includes charges for:
912-487-2228

## CUSTOMER MESSAGE

Online payments must be made by 4:00 pm eastern time in order to post for the current day.

COMING THIS YEAR: A fresh new look to your Kinetic bill. To serve you better, we're upgrading to a new and improved billing system designed to provide a more seamless and intuitive experience. This enhancement will not impact your service or terms. To learn more, please visit www.windstream.com/yournewbill

A Convenience Fee of $2.30 is assessed on all payments made by credit or debit card, Venmo or PayPal to cover administrative costs of processing payment. No part of the Convenience Fee goes to Kinetic. Should you wish to avoid paying the Convenience Fee, please make your payments via electronic check or by mailing a check. You can update your payment method in Go Kinetic.

You have subscribed to Kinetic's dynamic High-Speed Internet plan. The Internet plan you have subscribed is provisioned as a range, with a minimum and maximum speed. The specific range was provided to you at the time of sale, you can also find it in the service description portion of this invoice. Kinetic has provisioned your location for the fastest speed available within your speed range but cannot guarantee the speed. See www.Kinetic.com for complete Terms and Conditions.

Kinetic reserves the right to delete your windstream.net email account, without notice, if unused for one hundred and eighty (180) consecutive days. The contents of the email account will be unrecoverable once the account has been deleted.

Kinetic is dedicated to delivering top-quality service and support. We offer the option to bill third-party services to your Kinetic account for convenience. However, we recognize this might not suit everyone. We encourage reviewing your bill monthly and reaching out with any questions about charges. To enhance control and security, we also provide a free option to block third-party charges on your bill, excluding Kinetic-related services you subscribe to. If you wish to activate this block, please contact a Kinetic representative using the phone number located on this bill.

NOTICE OF RATE CHANGE:

At Kinetic, our mission is to deliver top-tier services at competitive prices, ensuring you stay connected with family and friends. As part of our

| Account number | Telephone number | Invoice date |
|---|---|---|
| [redacted] | [redacted] | May 13, 2026 |

## CUSTOMER MESSAGE (cont'd)

commitment to enhancing your overall experience, we occasionally need to update our product offerings and pricing. If you have any questions regarding your bill or wish to confirm that you are on the most suitable plan for your needs, please chat, email, or call us. We are here to help and happy to assist you.

Attention Internet Customers:
Please be advised, effective with your May 2026 bill, your Kinetic high-speed internet price will increase by $15.00 per month.

'Do Not Call' Registry

You can register your residential telephone number on the National Do Not Call Registry at no cost by telephone or by Internet.

To register by phone, call 1-888-382-1222 or (TTY) 1-866-290-4236. You must call from the phone number you wish to register.

To register by Internet, you can access the National Do Not Call Registry Web site at https://www.donotcall.gov/

After you register, other types of organizations may still call you, such as charities, political groups, debt collectors and surveys.

Registering your residential phone number is free, and it will remain on the National Do Not Call Registry permanently. You can remove your name from the registry at any time.

ANNUAL NOTICE OF TERMS AND CONDITIONS

Effective April 1, 2026, Kinetic Online Terms and conditions have been updated. To view the most up to date Online Terms and Conditions, please visit www.gokinetic.com/about/legal/terms-and-conditions. The terms and conditions by which certain, distinct products and services are provided can be found in the Product Specific Terms and Conditions for Services and/or Equipment Provided by Kinetic (https://gokinetic.com/kinetic-product-schedules) .

Continued use of any Kinetic services means you have agreed to the current Online Terms posted April 1, 2026. All previous versions of the Online Terms are void, including but not limited to, relevant sections that provided for the rejection of changes made to future versions of the Online Terms.

A $5.00 late payment collection fee and a 1.5 percent late payment charge will apply to any balances not paid by the due date. There will be a $30 charge for each returned check.

kinetic.



# moving?

## Take Kinetic with you and get new customer pricing.

If you're moving to a Kinetic service area, you can bring your internet with you and save with new customer pricing.

**no starting over. no downtime. just savings.**

**Call 855-614-2867**

**Scan the code or visit gokinetic.com/residential/moving**

| Account number | Telephone number | Invoice date |
|---|---|---|
| [redacted] | [redacted] | May 13, 2026 |

Please call Windstream Enterprise toll free or visit our website.
For Sales/Billing/Account Changes: 1-800-347-1991
For Repair/Technical Support: 1-800-347-1991
Website: my.gokinetic.com

ROSELIA GONZALEZ
[redacted]

## Account Summary

| | |
|---|---|
| Previous Bill | $75.57 |
| Payments/Adjustments thru 05/11 | $75.57 CR |
| Amount Previously Due | $.00 |
| Current Charges Due - 06/03/26 | $66.32 |
| **Total Amount Due** | **$66.32** |

## Pay My Bill

**GO KINETIC APP or ONLINE:**
Easily view and pay your bill, set up AutoPay, sign up for Paperless Billing, and more. Go to my.gokinetic.com, or download our mobile app by scanning the QR code or visiting Google Play or the App Store.
**MAIL:**
Send your check & payment slip to the below address.
**BY PHONE:**
For automated payments or to speak with a representative, call us at 1-800-347-1991.
**CONVENIENCE FEE:**
A convenience fee will be assessed on all card payments to cover the administrative costs of processing payments. No part of this fee goes to Windstream.

Detach and return this payment slip with your check payable to WINDSTREAM GEORGIA COMM., LLC.

kinetic.

ATTN: SUPPORT SERVICES
131 W MATTHEWS ST.
MATTHEWS, NC 28105

Address Service Requested

| Account number | Telephone number | Due date |
|---|---|---|
| [redacted] | [redacted] | June 03, 2026 |
| | Amount Due | $66.32 |
| Payment enclosed | $ . | |

[redacted]

**Your credit card will be charged on 06/03/26 for $66.32**

ROSELIA GONZALEZ
[redacted]

UNITI
P O BOX 9001908
LOUISVILLE, KY 40290-1908

☐ Check here for address changes noted on reverse side.

[redacted]

go kinetic

# Pay Your Kinetic Bill Your Way

Online account management has never been easier. With Go Kinetic, **you can pay your bill online, set up AutoPay or Paperless Billing**. Create your Go Kinetic password today at my.gokinetic.com.

You'll have the freedom and ability to access, update and manage your account online – anytime, anywhere. With Go Kinetic, you can:

- View and pay your bill online
- Live chat
- Track your order & support requests
- Easily manage your Wi-Fi password, access and more
- Get the latest in special offers

**Download the Go Kinetic app!**

**Scan here for the mobile app**
**Or visit my.gokinetic.com**

Use of Service

Use of the Services constitutes your agreement to Windstream's Terms and Conditions maintained at windstream.com/terms, or you may request a copy by calling the number at the top of the bill. See "Windstream Customer Message" section on this bill for any recent changes to Windstream's Terms and Conditions. If you are a business customer with an existing contract, those contract terms will control.

Important Information for Customers Paying by Check

Windstream may convert your payments by check to an electronic Automated Clearinghouse (ACH) debit transaction. The debit transaction will appear on your bank statement, although your check will not be presented to your financial institution or returned to you. This ACH debit transaction will not enroll you in any Windstream automatic debit process and will only occur each time a check is received. Any resubmissions due to insufficient funds may also occur electronically.

Please be aware that all checking transactions will remain secure, and payment by check constitutes acceptance of these terms.

We value your business and appreciate you selecting Windstream as your telecommunications provider.

Informacion importante para los clientes que pagan por cheque

Windstream puede convertir sus pagos por cheque a una transaccion electronica automatica de debito (ACH en ingles). La transaccion del debito aparecera en su estado de cuenta del banco, aunque no se presentara su cheque a su institucion financiera ni se le devolvera a usted. Esta transaccion electronica automatica de debito no le inscribira a usted en ningun proceso de debito automatico de Windstream y solamente ocurrira cada vez que se riciba un cheque. Cualquier reentrega debida a fondos insuficientes tambien podra ocurrir electronicamente.

Por favor tenga en cuenta que todas las transacciones de la cuenta corriente seran seguras y el pago por cheque constituye la aceptacion de estas condiciones.

Agradecemos que sea nuestro cliente y apreciamos que haya elegido a Windstream como su proveedor de telecomunicaciones.

**eCheck authorization:** By entering the 5-digit zip code from my bill when paying by phone, I hereby authorize Windstream and the financial institution designated by me to charge the account I have specified for payment of my Windstream services. I understand that a fee will be charged to my Windstream account for each request returned unpaid. If two requests are returned unpaid, I will be excluded from this option. In addition, I understand that Windstream and the financial institution reserve the right to terminate this payment option. This authorization can be revoked by notifying Windstream at the customer service number listed on my bill prior to 4:00 P.M. EST on my specified payment date.

For a complete description of fees and taxes included on your bill, please visit windstream.com/billinfo.
Para obtener una descripción completa de las tarifas e impuestos incluidos en su factura, visite windstream.com/billinfo.

Return this portion with your payment.

Change of Address Effective Date ___ / ___ / ___

Name ______________________________

Attention ______________________________

New Address ______________________ Apt/Suite# __________

City ______________________ State _______ Zip __________

Business Phone ______________________ Home Phone ______________________

Windstream representatives are happy to answer your questions or concerns related to billing or service. To contact us, please call the number located at the top of page one. To view customer service hours by state and answers to FAQs, visit windstream.com/support.

kinetic

| Account number | Telephone number | Invoice date |
|---|---|---|
| [redacted] | [redacted] | May 13, 2026 |

## SUMMARY OF PAYMENTS AND ADJUSTMENTS

| | | |
|---|---|---|
| PAYMENTS -05/05/26 | 75.57 CR | |
| ***TOTAL PAYMENTS AND ADJUSTMENTS*** | | ***75.57 CR*** |

## SUMMARY OF CURRENT CHARGES BY SERVICE PROVIDER

| | | |
|---|---|---|
| KINETIC INTERNET PLAN | 62.61 | |
| LOCAL CARRIER | 3.71 | |
| CURRENT CHARGES DUE 06/03/26 | | 66.32 |

## KINETIC INTERNET PLAN CHARGES

***DISCOUNTS AND PROMOTIONS***

| | | | |
|---|---|---|---|
| 1 | AUTO-PAY PROMOTIONAL CREDIT<br>EXPIRES 99/99/99 | 5.00 CR | |
| | ***TOTAL DISCOUNTS*** | | ***5.00 CR*** |

INTERNET SERVICES

| | | | |
|---|---|---|---|
| 1 | KINETIC INTERNET<br>INCLUDES:<br>DEREGULATED ADMINISTRATION FEE | 84.36 | |
| 1 | DSL LIFELINE CREDIT | 9.25 CR | |
| 1 | 1GIG RANGE (800MB-1000MB) | .00 | |
| 1 | KINETIC INTERNET COURTESY CR EXPIRES 05/14/26 | 7.50 CR | |
| TOTAL INTERNET | | | 67.61 |

| | |
|---|---|
| ***TOTAL KINETIC INTERNET PLAN CHARGES*** | ***62.61*** |

## LOCAL CARRIER CURRENT CHARGES

Service from 05/10/26 to 06/09/26

***SERVICES***

| | | | |
|---|---|---|---|
| 1 | KINETIC SECURE PLUS | 10.00 | |
| 1 | KINETIC GATEWAY | 10.99 | |
| | ***TOTAL SERVICES*** | | ***20.99*** |

***DISCOUNTS AND PROMOTIONS***

| | | | |
|---|---|---|---|
| 1 | CUSTOMER SERVICE CREDIT<br>EXPIRES 11/12/26 | 10.00 CR | |
| 1 | KINETIC SECURE PLUS CREDIT<br>EXPIRES 99/99/99 | 10.00 CR | |
| | ***TOTAL DISCOUNTS*** | | ***20.00 CR*** |

***SURCHARGES AND OTHER FEES***

| | | |
|---|---|---|
| ASHBURN CITY FRANCHISE FEE | .42 | |
| ***TOTAL SURCHARGES AND OTHER FEES*** | | ***.42*** |

***TAXES***

| | | |
|---|---|---|
| FEDERAL TAX | .01 | |
| STATE TAX | 1.02 | |
| COUNTY TAX | 1.27 | |
| ***TOTAL TAXES*** | | ***2.30*** |

| | |
|---|---|
| ***TOTAL LOCAL CARRIER CHARGES*** | ***3.71*** |

## SERVICE PROVIDER(S)

Your Local carrier is*:

WINDSTREAM GEORGIA COMM., LLC 1-800-347-1991

* If you have multiple telephone numbers, further information concerning long distance carrier assignments for those additional lines are on record with your local business office.

## REGULATORY INFORMATION

Failure to pay the total amount due for basic local service could result in suspension of those services and may be subject to collection actions. To avoid suspension of your basic local service, you must pay $ 1.41

Non-payment of all other non-basic services may result in the suspension of those services and may be subject to collection actions, but will not result in the suspension of your basic local service.

## CUSTOMER MESSAGE

Online payments must be made by 4:00 pm eastern time in order to post for the current day.

COMING THIS YEAR: A fresh new look to your Kinetic bill. To serve you better, we're upgrading to a new and improved billing system designed to provide a more seamless and intuitive experience. This enhancement will not impact your service or terms. To learn more, please visit www.windstream.com/yournewbill

A Convenience Fee of $2.30 is assessed on all payments made by credit or debit card, Venmo or PayPal to cover administrative costs of processing payment. No part of the Convenience Fee goes to Kinetic. Should you wish to avoid paying the Convenience Fee, please make your payments via electronic check or by mailing a check. You can update your payment method in Go Kinetic.

Kinetic reserves the right to delete your windstream.net email account, without notice, if unused for one hundred and eighty (180) consecutive days. The contents of the email account will be unrecoverable once the account has been deleted.

Kinetic is dedicated to delivering top-quality service and support. We offer the option to bill third-party services to your Kinetic account for convenience. However, we recognize this might not suit everyone. We encourage reviewing your bill monthly and reaching out with any questions about charges. To enhance control and security, we also provide a free option to block third-party charges on your bill, excluding Kinetic-related services you subscribe to. If you wish to activate this block, please contact a Kinetic representative using the phone number located on this bill.

'Do Not Call' Registry

You can register your residential telephone number on the National Do Not Call Registry at no cost by telephone or by Internet.

To register by phone, call 1-888-382-1222 or (TTY) 1-866-290-4236. You must call from the phone number you wish to register.

To register by Internet, you can access the National Do Not Call Registry Web site at https://www.donotcall.gov/

After you register, other types of organizations may still call you, such as charities, political groups, debt collectors and surveys.

Registering your residential phone number is free, and it will remain on the National Do Not Call Registry permanently. You can remove your name from the registry at any time.

ANNUAL NOTICE OF TERMS AND CONDITIONS

Effective April 1, 2026, Kinetic Online Terms and conditions have been updated. To view the most up to date Online Terms and Conditions, please visit www.gokinetic.com/about/legal/terms-and-conditions. The terms and conditions by which certain, distinct products and services are provided can be found in the Product Specific Terms and Conditions for Services and/or Equipment Provided by Kinetic

| Account number | Telephone number | Invoice date |
|---|---|---|
| [redacted] | [redacted] | May 13, 2026 |

**CUSTOMER MESSAGE (cont'd)**

(https://gokinetic.com/kinetic-product-schedules) .

Continued use of any Kinetic services means you have agreed to the current Online Terms posted April 1, 2026. All previous versions of the Online Terms are void, including but not limited to, relevant sections that provided for the rejection of changes made to future versions of the Online Terms.

A $5.00 late payment collection fee and a 1.5 percent late payment charge will apply to any balances not paid by the due date. There will be a $30 charge for each returned check.